IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ORIGINAL**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | :|
| Plaintiff, | : |
| vs. | : Civil No. 07 0431 |
| ONE OR MORE UNKNOWN TRADERS IN THE COMMON STOCK OF CERTAIN ISSUERS, | : |
| Defendants, | : |
| and | : |
| JSC PAREX BANK, | : |
| Relief Defendant. | : |

FILED

MAR 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER AUTHORIZING ALTERNATIVE MEANS OF SERVICE OF PROCESS**

Plaintiff Securities and Exchange Commission ("Commission") has filed a motion for an Order Authorizing Alternative Means for Service of Process on the Defendants ("Unknown Trading Defendants") and Relief Defendant JSC Parex Bank ("Relief Defendant Parex") of its Complaint, the Commission's Ex Parte Motion For a Temporary Restraining Order, Order To Show Cause, Preliminary Injunction, And Order Freezing Assets And Granting Other Relief, and the Documents in support thereof.

In consideration of the foregoing, and being fully advised, the Court finds that good cause exists for granting the Commission's Application for an Order Authorizing Alternative Means Of Service.

THEREFORE,

IT IS HEREBY ORDERED that pursuant to Rule 4 (f) of the Federal Rules of Civil Procedure, service of all pleadings and other papers, including the Summons, the Complaint, this Order and all documents filed in support thereof, and all other documents to be served in this action, may be made by serving such documents on Unknown Trading Defendants and Relief Defendant Parex and any of their respective affiliates, successors in interest and assigns in the following ways:

(1) On Unknown Trader Defendants and Relief Defendant Parex by personal service, facsimile, overnight courier for delivery the next business day, or by Express Mail to their U.S. agents for service of process for delivery the next business day;

(2) On the Relief Defendant Parex by service on the broker dealer Pinnacle Capital Markets, LLC that has custody of the funds held in Relief Defendant Parex's brokerage accounts with instructions to forward the documents to Relief Defendant Parex by any of the means set forth in paragraph (1) above; and

(3) On Unknown Trader Defendants by service on Relief Defendant Parex by any of the means set forth in paragraph (1) and (2) above with instructions to Relief Defendant Parex to forward the documents to the Unknown Trader Defendants by any of the means set forth in paragraph (1) above.

SO ORDERED.

Dated: March 6th, 2007

UNITED STATES DISTRICT JUDGE