IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civil No. 07-0431 (RMU) |
| ONE OR MORE UNKNOWN TRADERS IN THE COMMON STOCK OF CERTAIN ISSUERS, | : |
| Defendants, and | : |
| JSC PAREX BANK, | : |
| Relief Defendant. | : |

**MOTION FOR EXTENSION OF TIME**

The Plaintiff Securities and Exchange Commission ("Commission"), pursuant to Fed. R. Civ. P. 6(b), respectfully requests an extension of time to file is Reply to Responses to Order to Show Cause from March 13, 2007, at 12:00 p.m. to March 13, 2007, at 5:00 p.m.

The Commission requests this extension of time because of difficulty in coordinating the filing with the Relief Defendant Parex that is located in a different time zone in Latvia.

Counsel for Relief Defendant Parex has no objection to the granting of this

extension.  The Unknown Trader Defendants have not been contacted, because the Commission has not yet been provided with their identity or contact information.

DATED:  March 13, 2007  Respectfully submitted,

/s/ Kenneth Guido
Kenneth Guido, Trial Counsel (D.C. Bar No. 151605)
John Reed Stark
Thomas A. Sporkin
N. Blair Vietmeyer
Sarit Klein
David Smyth
Attorneys for Plaintiff
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549
(202) 551-4480 (Guido)
(202) 772-9245 (Fax)
E-mail:  guidok@sec.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 13, 2007, I electronically filed this document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel for Relief Defendant Parex, and electronically sent a copy to counsel for Relief Defendant Parex with a request to forward a copy to Unknown Trader Defendants.

/s/ Kenneth J. Guido_____

Attorney for Plaintiff
Securities and Exchange Commission