IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SECURITIES AND EXCHANGE COMMISSION,                :
                                                   :
            Plaintiff,                             :
                                                   :
      v.                                           : Civil No.07-0431 (RMU)
                                                   :
ONE OR MORE UNKNOWN TRADERS IN                     :
THE COMMON STOCK OF CERTAIN ISSUERS,               :
                                                   :
            Defendants,                            :
      and                                          :
                                                   :
JSC PAREX BANK,                                    :
                                                   :
            Relief Defendant.                      :

---

**MOTION TO EXTEND TEMPORARY RESTRAINING ORDER OF MARCH 6, 2007 FOR GOOD CAUSE SHOWN PURSUANT TO FED. R. CIV. P. 65(b)**

The Securities and Exchange Commission ("Commission") hereby moves the Court for an Order Extending the Temporary Restraining Order of March 6, 2007. Good cause exists for granting this Motion to Extend the Temporary Restraining Order.

The Court is respectfully referred to the Memorandum in Support of this Motion for the reasons why it should be granted.

DATED: March 13, 2007                           Respectfully submitted,

/S/ Kenneth Guido
Kenneth Guido, Trial Counsel (D.C. Bar No. 151605)
John Reed Stark
Thomas A. Sporkin
N. Blair Vietmeyer
Sarit Klein
David Smyth
Attorneys for Plaintiff
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549
(202) 551-4480 (Guido)
(202) 772-9245 (Fax)
E-mail:  guidok@sec.gov

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 13, 2007, I electronically filed this Motion, Memorandum in Support thereof, Exhibits thereto, and Proposed Order with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel for Relief Defendant Parex, and electronically sent a copy to counsel for Relief Defendant Parex with a request to forward a copy to Unknown Trader Defendants.

/s/ Kenneth J. Guido_____

Attorney for Plaintiff
Securities and Exchange Commission

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ONE OR MORE UNKNOWN TRADERS IN THE COMMON STOCK OF CERTAIN ISSUERS,<br><br>Defendants,<br>and<br><br>JSC PAREX BANK,<br><br>Relief Defendant. | Civil No.07-0431 (RMU) |

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND MARCH 6, 2007 TEMPORARY RESTRAINING ORDER, ORDER FREEZING ASSETS AND GRANTING OTHER ANCILLARY RELIEF**

WHEREAS, the Plaintiff Securities and Exchange Commission ("Commission") has moved, pursuant to Fed. R. Civ. P. 65(b), for an order extending the March 6, 2007 Temporary Restraining Order, Order Freezing Assets and Granting Other Ancillary Relief.

WHEREAS, the Commission has taken all steps to serve the Unknown Trader Defendants pursuant to the Order Granting Alternative Means of Service dated March 6, 2007 ("Alternative Service Order").

WHEREAS, the Relief Defendant has only today at 3:30 p.m. EDT served the Unknown Trader Defendants in conformity with the Alternative Service Order.

WHEREAS, the Unknown Trader Defendants are entitled to adequate notice to respond to this Court's March 6, 2007 Order to Show Cause.

WHEREAS, the Court has found that good cause exists to enter an order extending the Order Freezing Assets, Granting Temporary Restraining Order, Granting Order to Show Cause, and Granting Other Relief dated March 6, 2007.

NOW, THEREFORE,

I.

**IT IS HEREBY ORDERED** that, pending further order of the Court, the Order Freezing Assets, Granting Temporary Restraining Order, Granting Order to Show Cause, and Granting Other Relief dated March 6, 2007, is hereby extended to March 26, 2007.

II.

**IT IS FURTHER ORDERED** that, pending further order of the Court, Unknown Trader Defendants shall show cause on or before **March __, 2007**, why the Court should not enter an Order preliminarily to enjoin them from committing further violations of the respective provisions of the federal securities laws that Unknown Trader Defendants have been restrained from violating, continue the Freeze Order that is in Place, and Grant the Other Relief set forth in the Order of March 6, 2007.

III.

**IT IS FURTHER ORDERED** that, pending further order of the Court, Unknown Trader Defendants shall serve any opposing papers in response to this Order to show Cause no later than **March __, 2007**.  Service shall be made by delivering the papers via email to Kenneth Guido, Esq, at guidk@sec.gov, or such other place and method as counsel for the Commission may direct in writing.  The Commission shall by **March __,**

**2007**, file any reply papers and serve them on the Unknown Trader Defendants by the most expedition means available.

III.

**AND IT IS FURTHER ORDERED** that, pending further order of the Court, the Commission shall serve the Unknown Trader Defendants with this Order by Overnight Courier to the addresses listed in Exhibit D to the Commission's Memorandum in Support of Motion to Extend Temporary Restraining Order, Freeze of Assets, and Order Granting Other Relief.

**SO ORDERED.**

DATED:  March __, 2007.                                    _____
                                                                                  United States District Judge