IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SECURITIES AND EXCHANGE COMMISSION, :
:
:
Plaintiff, :
:
v. : Civil No.07-0431 (RMU)
:
ONE OR MORE UNKNOWN TRADERS IN :
THE COMMON STOCK OF CERTAIN ISSUERS, :
:
Defendants, :
and :
:
JSC PAREX BANK, :
:
Relief Defendant. :

---

**MEMORANDUM IN SUPPORT OF MOTION TO EXTEND MARCH 6, 2007 TEMPORARY RESTRAINING ORDER, ORDER FREEZING ASSETS AND GRANTING OTHER ANCILLARY RELIEF**

The Plaintiff Securities and Exchange Commission ("Commission") moves the Court for an Order Extending the Temporary Restraining Order, Order to Show Cause, and Granting Other Relies to March 16, 2007.

The Commission respectfully submits that good cause exists to grant the Commission's motion under Fed. R. Civ. P. 65(b).  The reason is simple.  The Commission has taken all steps to perfect service on the Unknown Trader Defendants, but Relief Defendant JSC Parex Bank only served the Unknown Trader Defendants today at 3:30 p.m. EDT by one of the means provided for in the Order Authorizing Alternative Means of Service dated March 6, 2007.  Therefore, in order to provide the Unknown Trader Defendants with adequate notice to respond to the Court's Order to Show Cause in its March 6, 2007 Temporary Restraining Order, it is necessary to extend the Temporary Restraining Order and set a new date for the Unknown Trader Defendants to respond to the Order to Show Cause.

## FACTS

On March 6, 2007, the Court authorized the Commission to serve the Unknown Trader Defendants and Relief Defendant JSC Parex Bank ("Relief Defendant Parex") by alternative means of service ("Alternative Service Order ").

The Commission has served Relief Defendant Parex in the manner proscribed in the Alternative Service Order, and through it, Unknown Trader Defendants, by sending copies of the service documents by electronic mail and Federal Express to Michael A. Paciorek, President, Pinnacle Capital Markets LLC. The served documents are described in the Attachment to the letter of March 7, 2007, from Kenneth Guido.  See Exhibit A.

Michael Paciorek, in compliance with the Court's Order, forwarded the documents to Relief Defendant Parex on March 7, 2007, by electronic mail and Federal Express with instructions to serve them on the Unknown Trader Defendants in the manner prescribed in the Court's Order.  See Exhibit B, that references Exhibit A.

Relief Defendant Parex acknowledged receipt of the documents on March 8, 2007.  See Exhibit C.

Relief Defendant Parex served the Unknown Trader Defendants in the manner proscribed in the Court's Order on March 13, 2007.  See Electronic Mail from Relief Defendant Parex to Kenneth Guido, counsel for Commission, Exhibit D.

Relief Defendant Parex has appeared in the action and stipulated to a Preliminary Injunction, Freeze Order, and Ancillary Relief.  Unknown Trader Defendants have not filed an Opposition to the Court's Show Cause Order.  As suggested by Relief Defendant Parex's electronic mail to counsel for the Commission, the Unknown Trader Defendants were only sent by overnight courier the papers filed in this action today at 3:30 p.m. EDT.  Exhibit D.

## CONCLUSION

Therefore, to provide the Unknown Trader with an adequate opportunity to respond to the Court's Order to Show Cause, the Commission respectfully requests the Court extend the Temporary Restraining Order of March 6, 2007 for up to ten days, and set a new date for the Unknown Trader Defendants to file their response.

DATED:  March 13, 2007								Respectfully submitted,

_____
Kenneth Guido, Trial Counsel (D.C. Bar No. 151605)
John Reed Stark
Thomas A. Sporkin
N. Blair Vietmeyer
Sarit Klein
David Smyth
Attorneys for Plaintiff
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549
(202) 551-4480 (Guido)
(202) 772-9245 (Fax)
E-mail:  guidok@sec.gov



**DIVISION OF
ENFORCEMENT**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

100 Fifth Street, N.E.
Washington, D.C. 20549-4030

**Kenneth J. Guido**

Assistant Chief Litigation Counsel

Direct Dial    202-551-4480
Facsimile     202-772-9245
E-mail: guidok@sec.gov

March 7, 2007

**VIA E-MAIL AND FEDERAL EXPRESS**
Mr. Michael A. Paciorek
Pinnacle Capital Markets
4700 Falls of the Neuse
Suite 390
Raleigh, NC 27609

Re:   SEC v. One Or More Unknown Trader Defendants ("Defendants") and JSC Parex Bank
      Relief Defendant (DCDC No. 07-0431)

Dear Mr. Paciorek:

    I have enclosed with this letter the Summons, Complaint, and other relevant documents listed in the attachment to the letter that the enclosed Order authorizes the Securities and Exchange Commission's Serve on the Defendants and Parex Bank by Alternative Means.

    Thanks you for agreeing to accept service by electronic means as well as agreeing to forward the papers to Parex Bank by electronic means. I will also send you a set of the papers by Federal Express or Express Mail.

    Please send a set of the papers to Parex Bank by any of the means specified in paragraph (1) of the Order Granting Service by Alternative Service with instructions to Parex Bank to forward copies to the Defendants by the same means of service.

    Thank you for your cooperation.

/s/ Kenneth J. Guido
Kenneth J. Guido
Counsel for Plaintiff
Securities and Exchange
Commission

Attachment and Enclosures



EXHIBIT A

ATTACHMENT
LIST OF DOCUMENTS TRANSMITTED WITH
03-07-07 LETTER TO MICHAEL PACIOREK
PINNACLE CAPITAL MARKETS
(IN ALPHEBETICAL ORDER)

1. APPENDIX TO MEMORANDUM IN SUPPORT OF TRO, ETC
2. APPLICATION FOR WAIVER OF NOTICE
3. APPLICATION TO SERVE BY ALTERNATIVE MEANS
4. ATTACHMENT A—DECL. OF JAMES AUTREY
5. ATTACHMENT B—DECL. OR ELLIS HOUGH
6. ATTACHMENT C—DECL. OF JAMES HEENEY
7. ATTACHMENT D—DECL. OF MARK STEWART
8. ATTACHMENT E—DECL. OF EDWARD MOORE
9. ATTACHMENT F—DECL. OF RICHARD MANDEL
10. ATTACHMENT G—DECL. OF PAULINE SCALVINO
11. ATTACHMENT H—DECL. OF KIMBERLY MILLER
12. ATTACHMENT I—DECL. OF TOM CONROY
13. CIVIL COVER SHEET
14. COMPLAINT
15. MEMORANDUM IN SUPPORT OF APPLICATION TO SERVE BY ALTERNATIVE MEANS
16. MEMORANDUM IN SUPPORT OF MOTION FOR TRO, FREEZE, ORDER TO SHOW CAUSE
17. MOTION FOR TRO, FREEZE ORDER, ORDER TO SHOW CAUSE, AND OTHER RELIEF
18. NOTICE OF FILING DECLARATIONS
19. ORDER AUTHORIZING ALTERNATIVE MEANS OF SERVICE
20. ORDER FREEZING ASSETS, GRANTING TRO, ORDER TO SHOW CAUSE, AND OTHER RELIEF
21. ORDER GRANTING WAIVE OF NOTICE AND DENYING EX PARTE HEARING
22. SUMMONS TO PAREX BANK
23. SUMMONS TO UNKNOWN TRADERS

**Guido, Kenneth J.**

| | |
|---|---|
| **From:** | Michael Paciorek [mikep@pcmtrading.com] |
| **Sent:** | Monday, March 12, 2007 1:36 PM |
| **To:** | Guido, Kenneth J. |
| **Subject:** | Service |
| **Attachments:** | scanparexconfirm.pdf |

Mr. Guido,

I received the packet electronically from the SEC on March 7th in 6 separate emails. These were forwarded on March 7th to JSC Parex the same day. Attached is the referenced letter. The emails will be forwarded separately.

Regards,

Michael A. Paciorek
Pinnacle Capital Markets
919.850.0888
919.850.9914 fax

---

**From:** Guido, Kenneth J. [mailto:GUIDOK@SEC.GOV]
**Sent:** Monday, March 12, 2007 1:11 PM
**To:** Michael Paciorek
**Subject:** RE: Service on Parex

Mr. Paciorek: What was the date you received the packet electronically from the SEC, and what was the date you forwarded the packet to Parex? Also, please fax me a copy of the letter from Victor Krasovitsky and copy of the e-mails with both transmittals for my files. Thank you for the information. Ken Guido

---

**From:** Michael Paciorek [mailto:mikep@pcmtrading.com]
**Sent:** Monday, March 12, 2007 12:36 PM
**To:** Guido, Kenneth J.
**Subject:** RE: Service on Parex

Mr. Guido,

I received electronically the document list below:

1. Civil Cover Sheet
2. Order Authorizing Alternative Means of Service
3. Order Freezing Assets, Granting Tro, Order to Show Cause, and Other Relief
4. Order Granting Waiver of Notice and Denying Ex Parte Hearing
5. Memorandum of Support of Application to Serve by Alternative Means
6. Memorandum of Support of Motion for Tro, Freeze, Order to Show Cause, and Other Relief
7. Motion for Tro, Freeze Order, Order to Show Cause and Other Relief
8. Notice of Filing Declarations


EXHIBIT B

3/13/2007

9. Attachments A through I- which are Declarations of various parties
10. Attachment to 03-07-07 LTR to M Paciorek
11. 03-07-07 LTR to M Paciorek, Pinnacle Capital Markets
12. Summons to Unknown Traders
13. Summons to Parex Bank
14. Complaint
15. Application to Serve by Alternative Means
16. Application for Waiver of Notice
17. Appendix to Memorandum in Support of Tro, ETC

Each of these documents were forwarded to JSC Parex Bank electronically. I have a faxed letter from Victor Krasovitsky, Deputy Chairman of the Board of Directors, confirming receipt of these documents.

I also received these documents(hard copy) via Federal Express on Thursday, March 8. I forwarded these on to the attorney that Parex retained in New York:

Paul W. Verner

Attorney at Law

67 Wall Street, Suite 2211 New York, NY 10005

We tracked this shipment, and it was signed for and received at 9:43 am on Friday, March, 9.


Regards,

Michael A. Paciorek
Pinnacle Capital Markets
919.850.0888
919.850.9914 fax

---

**From:** Guido, Kenneth J. [mailto:GUIDOK@SEC.GOV]
**Sent:** Monday, March 12, 2007 12:14 PM
**To:** Mike Paciorek
**Subject:** Service on Parex

Mr. Paciorek: Thank you for the information. Also, please send me a description that you delivered my letter of March 7, 2007 (and the attachment and enclosures thereto) to Parex, and the means of communication you used to do so. I need to prepare a declaration for your signature outlining what you received and what you did in response to my letter. Thanks. Ken Guido

---

**From:** Mike Paciorek [mailto:mikep@pcmtrading.com]
**Sent:** Sunday, March 11, 2007 10:29 AM
**To:** Guido, Kenneth J.; Klein, Sarit
**Subject:**

3/13/2007



Smilšu iela 3
Riga, LV-1522, Latvia
VAT: 40003074590
Phone: 371 7010000
Fax: 371 7010001
e-mail: info@parexgroup.com
www.parexgroup.com
SWIFT: PARXLV22

Riga 8 March 2007 No. 2-01/687/392

Pinnacle Capital Markets

Hereby we confirm the receipt of the following documents:

1. Civil Cover Sheet
2. Order Authorizing Alternative Means of Service
3. Order Freezing Assets, Granting Tro, Order to Show Cause, and Other Relief
4. Order Granting Waiver of Notice and Denying Ex Parte Hearing
5. Memorandum of Support of Application to Serve by Alternative Means
6. Memorandum of Support of Motion for Tro, Freeze, Order to Show Cause, and Other Relief
7. Motion for Tro, Freeze Order, Order to Show Cause and Other Relief
8. Notice of Filing Declarations
9. Attachments A through I- which are Declarations of various parties
10. Attachment to 03-07-07 LTR to M Paciorek
11. 03-07-07 LTR to M Paciorek, Pinnacle Capital Markets
12. Summons to Unknown Traders
13. Summons to Parex Bank
14. Complaint
15. Application to Serve by Alternative Means
16. Application for Waiver of Notice
17. Appendix to Memorandum in Support of Tro, ETC

Sincerely Yours

Victor Krasovitsky
Deputy Chairman of the Board of Directors



EXHIBIT C

# Guido, Kenneth J.

**From:** Janis Skrastins [Janis.Skrastins@parex.lv]
**Sent:** Tuesday, March 13, 2007 3:38 PM
**To:** pwverner@vernersimon.com
**Cc:** Guido, Kenneth J.
**Subject:** SEC v Unknowns and Parex

Dear Mr Verner,

On behalf of Parex Banka I would like to inform you that the Bank has mailed all copies of documents received from
    Michael A.Paciorek
    Pinnacle Capital Markets
    919.850.0888
by express courier DHL today at 3.30 pm ET (9.30pm Latvian time) to following individuls at following addresses:

Oleg Kopylov, Saint Petersburg, Dobrovoltsev street 40, apartment 1.
Sergey Kovalev, Saint Petersburg, Pridoroznaya street 5, apartment 90.
Anna Gorelova, Saint Petersburg, Odoevskogo street 28, apartment 2.
Dmitriy Philin, Saint Petersburg, Stachek prospect 24, apartment 23.

According to the Bank's expedicted investigation and in a Bank's best knowlage only above mentioned persons were related to the transactions mentioned in Complaint.

Janis Skrastins
Head of Legal department


EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civil No. 07-0431 (RMU) |
| ONE OR MORE UNKNOWN TRADERS IN THE COMMON STOCK OF CERTAIN ISSUERS, | : |
| Defendants, and | : |
| JSC PAREX BANK, | : |
| Relief Defendant. | : |

**DECLARATION OF MICHAEL PACIOREK, PINNACLE CAPITAL MARKETS**

I, Michael Paciorek, pursuant to 28 U.S.C. §1746, declare that:

1. I am Managing Director, Pinnacle Capital Markets, 4700 Falls of Neuse Road, Suite 390, Raleigh, NC 27609, the broker dealer that holds the omnibus account of JSC Parex Bank, and sub accounts in its name.

2. On March 7, 2007, I received six separate electronic mailings from the Securities and Exchange Commission ("Commission") with the following documents attached as Adobe files:

   1. Civil Cover Sheet;
   2. Order Authorizing Alternative Means of Service;
   3. Order Freezing Assets, Granting TRO, Order to Show Cause, and Other Relief;
   4. Order Granting Waiver of Notice and Denying Ex Parte Hearing;
   5. Memorandum of Support of Application to Serve by Alternative Means;
   6. Memorandum of Support of Motion for TRO, Freeze, Order to Show Cause, and Other Relief;

7. Motion for TRO, Freeze Order, Order to Show Cause and Other Relief;
8. Notice of Filing Declarations;
9. Attachments A through I- which are Declarations of various parties;
10. Attachment to 03-07-07 LTR to M Paciorek;
11. 03-07-07 LTR to M Paciorek, Pinnacle Capital Markets;
12. Summons to Unknown Traders;
13. Summons to Parex Bank;
14. Complaint;
15. Application to Serve by Alternative Means;
16. Application for Waiver of Notice; and
17. Appendix to Memorandum in Support of TRO, Etc.

3. I forwarded the six separate e-mails with the Adobe version of the documents described in paragraph 2 above to JSC Parex bank by electronic mail on March 7, 2007. I received an electronic confirmation of the receipt of the documents from JSC Parex on March 8, 2007, a copy of which is attached hereto.

4. I also received by Federal Express a hard copy of the documents described in paragraph 2 above from the Commission on March 8, 2007, and forwarded them by Federal Express to Paul Verner, JSC Parex's attorney in New York on the same day

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2007.

Michael Paciorek
Managing Director
Pinnacle Capital Markets