A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Securities and Exchange Commission

        Plaintiff(s)  )  **APPEARANCE**

        vs.  )  CASE NUMBER   07-00431 (RMU)

One or More Unknown Traders
in the Common Stock of Certain
Issuers, AND JSC Parex Bank (Relief Defendant)
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Joseph J. Aronica   as counsel in this
        (Attorney's Name)

case for:   JSC Parex Bank
        (Name of party or parties)

March 12, 2007
Date

_/s/ Joseph J. Aronica_
Signature

Joseph J. Aronica
Print Name

446139
BAR IDENTIFICATION

1667 K Street, N.W.
Address

Washington, D.C.   20006
City   State   Zip Code

(202) 775-7824
Phone Number

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2007, I caused a true copy of the foregoing Notice of Appearance of Joseph J. Aronica as counsel for JSC Parex Bank, was served via the Court's ECF System on the following person(s):

>Kenneth J. Guido
>Assistant Chief Litigation Counsel
>Securities and Exchange Commission
>100 F Street, N.E.
>Washington, D.C. 20549-4030

_____
Joseph J. Aronica