# United States District Court
# For the District of Columbia

Securities and Exchange Commission )
        Plaintiff(s) )   **APPEARANCE**
)
)
        vs. )   CASE NUMBER   07-00431 (RMU)
One or More Unknown Traders )
in the Common Stock of Certain )
Issuers, AND JSC Parex Bank (Relief Defendant) )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Joseph J. Aronica   as counsel in this
        (Attorney's Name)

case for:   JSC Parex Bank
        (Name of party or parties)

March 14, 2007
Date

_[signature]_
Signature

446139
BAR IDENTIFICATION

Joseph J. Aronica
Print Name

1667 K Street, N.W.
Address

Washington, D.C.  20006
City    State    Zip Code

(202) 776-7824
Phone Number

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2007, I caused a true copy of the foregoing Notice of Appearance of Joseph J. Aronica as counsel for JSC Parex Bank, was served via the Court's ECF System on the following person(s):

> Kenneth J. Guido
> Assistant Chief Litigation Counsel
> Securities and Exchange Commission
> 100 F Street, N.E.
> Washington, D.C.  20549-4030

_____
Joseph J. Aronica