UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| SECURITIES AND<br>EXCHANGE COMMISSION, | : | | |
| | : | | |
| Plaintiff, | : | | |
| | : | | |
| v. | : | Civil No.: | 07-0431 (RMU) |
| | : | | |
| ONE OR MORE UNKNOWN TRADERS<br>IN THE COMMON STOCK OF<br>CERTAIN ISSUERS, | : | Doc. No. | 15 |
| | : | | |
| Defendants,<br>and | : | | |
| | : | | |
| JSC PAREX BANK, | : | | |
| | : | | |
| Relief Defendant. | : | | |

**ORDER**

**GRANTING THE PLAINTIFF'S MOTION TO EXTEND MARCH 6, 2007
TEMPORARY RESTRAINING ORDER, ORDER FREEZING ASSETS AND
GRANTING OTHER ANCILLARY RELIEF**

WHEREAS, the Plaintiff Securities and Exchange Commission ("Commission") has moved, pursuant to FED. R. CIV. P. 65(b), for an order extending the March 6, 2007 Temporary Restraining Order, Order Freezing Assets and Granting Other Ancillary Relief.

WHEREAS, the Commission has taken all steps to serve the Unknown Trader Defendants pursuant to the Order Granting Alternative Means of Service dated March 6, 2007 ("Alternative Service Order").

WHEREAS, the Relief Defendant on March 13, 2007 at 3:30 p.m. EDT served the Unknown Trader Defendants in conformity with the Alternative Service Order.

WHEREAS, the Unknown Trader Defendants are entitled to adequate notice to respond to the court's March 6, 2007 Order to Show Cause.

WHEREAS, the court concludes that good cause exists to enter an order extending the Order Freezing Assets, Granting Temporary Restraining Order, Granting Order to Show Cause, and Granting Other Relief dated March 6, 2007.

Accordingly, it is this 14th day of March, 2007 hereby

**I.**

**ORDERED** that, pending further order of the court, the Order Freezing Assets, Granting Temporary Restraining Order, Granting Order to Show Cause, and Granting Other Relief dated March 6, 2007, is extended to **March 26, 2007.**

**II.**

It is **FURTHER ORDERED** that, pending further order of the court, Unknown Trader Defendants shall show cause on or before **March 19, 2007**, why the court should not enter an Order preliminarily to enjoin them from committing further violations of the respective provisions of the federal securities laws that Unknown Trader Defendants have been restrained from violating, continue the Freeze Order that is in Place, and Grant the Other Relief set forth in the Order of March 6, 2007.

**III.**

It is **ORDERED** that, pending further order of the court, Unknown Trader Defendants shall serve any opposing papers in response to this Order to show Cause no later than **March 19, 2007**. Service shall be made by delivering the papers via email to Kenneth Guido, Esq., at guidk@sec.gov, or such other place and method as counsel for the Commission may direct in writing. The Commission shall by **March 21, 2007**, file any reply papers and serve them on the Unknown Trader Defendants by the most expeditious means available.

## IV.

It is **FURTHER ORDERED** that, pending further order of the court, the Commission shall serve the Unknown Trader Defendants with this Order by Overnight Courier to the addresses listed in Exhibit D to the Commission's Memorandum in Support of Motion to Extend Temporary Restraining Order, Freeze of Assets, and Order Granting Other Relief.

**SO ORDERED**.

                                                  RICARDO M. URBINA
                                                  United States District Judge