## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : |
| | : |
| Plaintiff, | : Civil No. 07-0431 (RMU) |
| | : |
| vs. | : |
| | : |
| ONE OR MORE UNKNOWN TRADERS IN THE COMMON STOCK OF CERTAIN ISSUERS, | : |
| | : |
| Defendants, | : |
| | : |
| and | : |
| | : |
| JSC PAREX BANK, | : |
| | : |
| Relief Defendant. | : |

## MOTION FOR ADMISSION PRO HAC VICE FOR PAUL W. VERNER

Defendant JSC Parex Bank, by its undersigned counsel, moves for the admission of Paul W. Verner *pro hac vice* in this matter, and in support thereof states as follows:

1.    I am a Partner at the law firm of Duane Morris, LLP, located at 1667 K Street, N.W., Washington, D.C.  20006;

2.    I am a member in good standing with the Bar of the District of Columbia and the U.S. District Court for the District of Columbia; and

3.     Mr. Verner's Declaration in Support of his admission *pro hac vice* is attached

hereto.

Respectfully submitted,

_____

Joseph J. Aronica (D.C. Bar No. 446139)
DUANE MORRIS, LLP
1667 K Street, N.W., Suite 700
Washington, D.C. 20006
(202) 775-7800


Dated: March 16, 2007

2

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March 2007, I caused a true copy of the foregoing

Motion for Admission Pro Hac Vice for Paul W. Verner, was served via the Court's ECF System

on the following person(s):

> Kenneth J. Guido
> Assistant Chief Litigation Counsel
> Securities and Exchange Commission
> 100 F Street, N.E.
> Washington, D.C.  20549-4030

_____
Joseph J. Aronica

## DECLARATION OF PAUL W. VERNER

I, Paul W. Verner, state as follows:

1.      I am a member and the President of the law firm Verner Simon, P.C., located at 67 Wall Street, Suite 2211, New York, New York  10005.  My telephone number is (212) 502-5500.  Duane Morris, LLP is counsel for Defendant JSC Parex Bank.  I make this certification in support of my application for admission *pro hac vice* on behalf of JSC Parex Bank.

2.      I am admitted to practice in the State of New York and State of New Jersey and am a member in good standing of the New York and New Jersey bars.

3.      I have also been admitted to and remain in good standing with the following courts: all New York State Courts; all New Jersey State Courts;  United States District Courts for the Southern District of New York, Eastern District of New York and the District of New Jersey;  the Courts of Appeals for the Second Circuit and for the Third Circuit.

4.      I have not been the subject of any grievance proceeding or involuntary removal proceeding while a member of the bar of any state.

5.      I have never been admitted *pro hac vice* in this Court.

6.      I do not practice law from an office in the District of Columbia, I am not a member of the District of Columbia bar and I do not have an application for membership pending.

7.    I agree to abide by, and conduct myself in accordance with, the rules of this

Court.

Dated:  March 15, 2007

_____

Paul W. Verner

Error! Unknown document property name.