## Guido, Kenneth J.

**From:** Paul Verner [pwverner@vernersimon.com]
**Sent:** Wednesday, March 21, 2007 3:39 PM
**To:** Guido, Kenneth J.
**Subject:** RE: Status of Declaration of Proof of Service in SEC v. Unknown Trader Defendants

Parex confirms:

"Dear Paul,

The following DHL shipments contained incorrect address of Philin :
No. 4605151014;
No.4605179095
No.6143002762
On March 21, 2007 the Bank sent all respective Court documents to the last known address of Philin. The proof of service we will be able to provide tomorrow.

Best regards,
Zanda Rozentalberga, Esq."

**Paul W. Verner**
**Attorney at Law**
67 Wall Street, Suite 2211 ■ New York, NY 10005
Tel: (212) 502-5500 ■ Fax: (212) 502-5400

This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please delete all electronic copies of the message and attachments, destroy any hard copies that you may have created, and notify me immediately.

---

**From:** Guido, Kenneth J. [mailto:GUIDOK@SEC.GOV]
**Sent:** Wednesday, March 21, 2007 12:42 PM
**To:** pwverner@vernersimon.com
**Subject:** RE: Status of Declaration of Proof of Service in SEC v. Unknown Trader Defendants

Thanks.

---

**From:** Paul Verner [mailto:pwverner@vernersimon.com]
**Sent:** Wednesday, March 21, 2007 12:41 PM
**To:** Guido, Kenneth J.
**Subject:** RE: Status of Declaration of Proof of Service in SEC v. Unknown Trader Defendants

[EXHIBIT E]

OK – an associate at Parex states that the Exhibits will be on my fax in the next 45 minutes and we will also have

3/21/2007