**FedEx**

Track Shipments
## Detailed Results

Close Window

 Print

| Tracking number | 798127954300 | Destination | SAINT PETERSBURG RU |
|---|---|---|---|
| Ship date | Mar 14, 2007 | Service type | Priority Envelope |
| | | Weight | 1.0 lbs. |
| **Status** | At FedEx destination | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Mar 21, 2007** | 6:00 PM | **Delivery exception** | SANKT PETERBURG RU | Incorrect address |
| | 6:00 PM | At local FedEx facility | SANKT PETERBURG RU | |
| **Mar 20, 2007** | 6:00 PM | Delivery exception | SANKT PETERBURG RU | Incorrect address |
| | 6:00 PM | At local FedEx facility | SANKT PETERBURG RU | |
| **Mar 19, 2007** | 6:00 PM | At local FedEx facility | SANKT PETERBURG RU | |
| | 11:45 AM | Delivery exception | SANKT PETERBURG RU | Incorrect address |
| | 8:50 AM | Int'l shipment release | SANKT PETERBURG RU | |
| **Mar 16, 2007** | 3:45 PM | Clearance in progress | SANKT PETERBURG RU | |
| | 3:44 PM | In transit | SANKT PETERBURG RU | Package available for clearance |
| | 12:24 AM | Arrived at FedEx location | FRANKFURT DE | |
| | 12:24 AM | In transit | FRANKFURT DE | |
| **Mar 15, 2007** | 5:07 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:57 AM | Departed FedEx location | MEMPHIS, TN | |
| **Mar 14, 2007** | 11:47 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 9:11 PM | Left origin | WASHINGTON, DC | |
| | 6:44 PM | Picked up | WASHINGTON, DC | |
| **Mar 13, 2007** | 4:40 PM | Package data transmitted to FedEx | | |

[ E-mail results ]    [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                          **Your E-mail Address:**

| E-mail address | Language | | xception pdates | Delivery updates |
|---|---|---|---|---|
| | English | | ☐ | ☐ |
| | English | EXHIBIT  𝑓 | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |



Close Window

Track Shipments
## Detailed Results

 Print

| Tracking number | 792950933083 | Destination | SAINT PETERSBURG RU |
|---|---|---|---|
| Ship date | Mar 15, 2007 | Service type | Priority Envelope |
| | | Weight | 1.0 lbs. |
| Status | Delivery exception | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Mar 21, 2007 | 6:00 PM | **Delivery exception** | SANKT PETERBURG RU | Incorrect address |
| | 6:00 PM | At local FedEx facility | SANKT PETERBURG RU | |
| Mar 20, 2007 | 6:00 PM | At local FedEx facility | SANKT PETERBURG RU | |
| | 1:50 PM | Delivery exception | SANKT PETERBURG RU | Incorrect address |
| | 8:50 AM | Int'l shipment release | SANKT PETERBURG RU | |
| Mar 19, 2007 | 3:07 PM | Clearance in progress | SANKT PETERBURG RU | |
| | 3:07 PM | In transit | SANKT PETERBURG RU | Package available for clearance |
| Mar 16, 2007 | 11:34 PM | In transit | FRANKFURT DE | |
| | 11:34 PM | Arrived at FedEx location | FRANKFURT DE | |
| | 11:34 PM | In transit | FRANKFURT DE | |
| | 5:20 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:32 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:05 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Mar 15, 2007 | 9:49 PM | Left origin | WASHINGTON, DC | |
| | 6:13 PM | Picked up | WASHINGTON, DC | |
| | 3:04 PM | Package data transmitted to FedEx | | |

E-mail results    Track more shipments

Subscribe to tracking updates (optional)

**Your Name:**    **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

**Select format:** ● HTML ○ Text ○ Wireless

https://www.fedex.com/Tracking?action=track&    3/21/2007



Close Window

Track Shipments
## Detailed Results

 Print

| **Tracking number** | 790200980737 | **Destination** | SAINT PETERSBURG RU |
|---|---|---|---|
| **Ship date** | Mar 14, 2007 | **Service type** | Priority Envelope |
| | | **Weight** | 1.0 lbs. |
| **Status** | Delivery exception | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Mar 21, 2007** | 6:00 PM | **Delivery exception** | SANKT PETERBURG RU | Incorrect address |
| | 6:00 PM | At local FedEx facility | SANKT PETERBURG RU | |
| **Mar 20, 2007** | 6:00 PM | Delivery exception | SANKT PETERBURG RU | Incorrect address |
| | 6:00 PM | At local FedEx facility | SANKT PETERBURG RU | |
| **Mar 19, 2007** | 6:00 PM | Delivery exception | SANKT PETERBURG RU | Incorrect address |
| | 6:00 PM | At local FedEx facility | SANKT PETERBURG RU | |
| | 8:50 AM | Int'l shipment release | SANKT PETERBURG RU | |
| **Mar 16, 2007** | 3:45 PM | Clearance in progress | SANKT PETERBURG RU | |
| | 3:44 PM | In transit | SANKT PETERBURG RU | Package available for clearance |
| | 12:23 AM | In transit | FRANKFURT DE | |
| | 12:23 AM | Arrived at FedEx location | FRANKFURT DE | |
| **Mar 15, 2007** | 5:07 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:57 AM | Departed FedEx location | MEMPHIS, TN | |
| **Mar 14, 2007** | 11:47 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 9:11 PM | Left origin | WASHINGTON, DC | |
| | 6:44 PM | Picked up | WASHINGTON, DC | |
| **Mar 13, 2007** | 4:34 PM | Package data transmitted to FedEx | | |

[ E-mail results ]    [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:** _____    **Your E-mail Address:** _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

https://www.fedex.com/Tracking?ascend_header=1&clienttype=fsm&template_type=fsm...    3/21/2007



Close Window

## Track Shipments
## Detailed Results

(icon) Print

| | | | |
|---|---|---|---|
| **Tracking number** | 791650677653 | **Destination** | SAINT PETERSBURG RU |
| **Ship date** | Mar 14, 2007 | **Service type** | Priority Envelope |
| | | **Weight** | 1.0 lbs. |
| **Status** | At FedEx destination | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Mar 21, 2007** | 6:00 PM | **Delivery exception** | SANKT PETERBURG RU | Incorrect address |
| | 6:00 PM | At local FedEx facility | SANKT PETERBURG RU | |
| **Mar 20, 2007** | 6:00 PM | At local FedEx facility | SANKT PETERBURG RU | |
| | 5:40 PM | Delivery exception | SANKT PETERBURG RU | Customer not available or business closed |
| **Mar 19, 2007** | 6:00 PM | At local FedEx facility | SANKT PETERBURG RU | |
| | 12:10 PM | Delivery exception | SANKT PETERBURG RU | Customer not available or business closed |
| | 8:50 AM | Int'l shipment release | SANKT PETERBURG RU | |
| **Mar 16, 2007** | 3:45 PM | Clearance in progress | SANKT PETERBURG RU | |
| | 3:44 PM | In transit | SANKT PETERBURG RU | Package available for clearance |
| **Mar 15, 2007** | 11:33 PM | Arrived at FedEx location | FRANKFURT DE | |
| | 11:33 PM | In transit | FRANKFURT DE | |
| | 5:07 AM | Departed FedEx location | MEMPHIS, TN | |
| | 12:57 AM | Departed FedEx location | MEMPHIS, TN | |
| **Mar 14, 2007** | 11:47 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 9:11 PM | Left origin | WASHINGTON, DC | |
| | 6:44 PM | Picked up | WASHINGTON, DC | |
| **Mar 13, 2007** | 4:21 PM | Package data transmitted to FedEx | | |

[ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:**                    **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |