# Guido, Kenneth J.

| | |
|---|---|
| **From:** | Guido, Kenneth J. |
| **Sent:** | Thursday, March 15, 2007 4:34 PM |
| **To:** | 'anna_Kamilla@mail.ru'; 'sergkovalev@inbox.ru'; 'OLEG_KOPILOV@INBOX.RU'; 'DPHILIN@LISN.RU' |
| **Cc:** | Klein, Sarit; Smyth, David; Lowry, Arthur S. |
| **Subject:** | Re. SEC v. Unknown Trader Defendants |
| **Attachments:** | MEMORANDUM IN SUPPORT OF MOTION FOR TRO, FREEZE,ORDER TO SHOW CAUSE, AND OTHER RELIEF.pdf; ORDER FREEZING ASSETS, GRANTING TRO, ORDER TO SHOW CAUSE, AND OTHER RELIEF.pdf; 03-14-07 ORDER EXTENDING TRO.pdf; COMPLAINT.pdf |

My name is Kenneth Guido. I am the attorney for the SEC in the above captioned matter. You have been identified by the legal department of JSC Parex Bank as the "Unknown Trader Defendants" in the above captioned lawsuit pending in the United States. This e-mail has been sent to provide you with courtesy notice of the attached Order Extending the Temporary Restraining Order that has been issued in this case. The court has ordered you to file a reply by March 19, 2007. For your information, I also have attached a copy of the Complaint, SEC's Memorandum, and the March 6 Temporary Restraining Order that have been previously served upon you. Also my e-mail address is incorrectly typed on the Order. My correct address is guidok@sec.gov.

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| 'anna_Kamilla@mail.ru' | | |
| 'sergkovalev@inbox.ru' | | |
| 'OLEG_KOPILOV@INBOX.RU' | | |
| 'DPHILIN@LISN.RU' | | |
| Klein, Sarit | Delivered: 3/15/2007 4:34 PM | Read: 3/15/2007 4:34 PM |
| Smyth, David | Delivered: 3/15/2007 4:34 PM | |
| Lowry, Arthur S. | Delivered: 3/15/2007 4:34 PM | Read: 3/15/2007 5:07 PM |



EXHIBIT 6

**Guido, Kenneth J.**

| | |
|---|---|
| **From:** | Paul Verner [pwverner@vernersimon.com] |
| **Sent:** | Wednesday, March 14, 2007 10:26 AM |
| **To:** | Guido, Kenneth J.; jjaronica@duanemorris.com |
| **Subject:** | FW: E-mail addresses for Unknown Trader Defendants |

Mr. Guido - please see the information below which is self-explanatoy.

Paul Verner

-----Original Message-----
From: Zanda Rozentalberga [mailto:Zanda.Rozentalberga@parex.lv]
Sent: Wednesday, March 14, 2007 9:01 AM
To: pwverner@vernersimon.com
Cc: Janis Skrastins
Subject: E-mail addresses for Unknown Trader Defendants

Dear Paul,

We would like to provide you and Mr. Guido with the e-mail addresses for

Unknown Trader Defendants, which are stated in the clients' records in the Bank:
Anna Gorelova - anna_Kamilla@mail.ru
Sergey Kovalev - sergkovalev@inbox.ru
Oleg Kopylov - OLEG_KOPILOV@INBOX.RU
Dmitriy Philin - DPHILIN@LISN.RU
We would like to inform you that the Bank has terminated the cooperation

with three of the aforementioned clients. Philin has used its e-mail address even on March, 2007.
Please forward this information to Mr Guido, or give us the instruction to do it by ourselves.

Sincerely yours,
Zanda Rozentalberga

1

## Guido, Kenneth J.

| | |
|---|---|
| **From:** | Cross, Thomas J. |
| **Sent:** | Wednesday, March 21, 2007 1:27 PM |
| **To:** | Guido, Kenneth J. |
| **Cc:** | Capayachi, Marco; Kelly, Cindy |
| **Subject:** | Call 324283 |

Ken,

The delivery receipts received from users outside the agency is solely base upon their mail systems. Some will allow this to happen and some do not. In other words, if you are sending these out asking for delivery acknowledgment or read receipts and not getting them back, then I suspect that their end has prohibited that from happening recently.

We only have the ability to track mail from the point it leaves your mailbox to the firewall for outbound e-mail and from the time it's received at the firewall to your mailbox for inbound e-mail.

If you send me an example of one that did work, we can check to see if we had anything to do with recent ones being rejected or dropped.

Regards,

Tom