IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,          :

                         :

           Plaintiff,                       :

                        :

        v.                                  : Civil No. 07-0431 (RMU)

ONE OR MORE UNKNOWN TRADERS IN          :
THE COMMON STOCK OF CERTAIN ISSUERS,

                        :

           Defendants,                  :

    and                                      :

JSC PAREX BANK,          :

           Relief Defendant.             :

## DECLARATION OF PROOF OF SERVICE BY JANIS SKRASTINS, HEAD OF THE LEGAL DEPARTMENT, JSC PAREX BANK

I, Janis Skrastins, pursuant to 28 U.S.C. §1746, declare that:

1.     I am Janis Skrastins, Head of the Legal Department, JSC Parex Bank ("Parex"), 3 Smilshu Street, Riga, Latvia, LV-1522, the holder of the omnibus account, and sub accounts in its name at Pinnacle Capital Market, 4700 Falls of Neuse Road, Suite 390, Raleigh, NC 27609 ("Pinnacle").

2.     On March 7, 2007, the Bank's employees received six separate electronic mailings from Pinnacle that had been sent to it by the Securities and Exchange Commission ("Commission") with the following documents attached as PDF Adobe files:

    1. Civil Cover Sheet;

    2. Order Authorizing Alternative Means of Service;

    3. Order Freezing Assets, Granting TRO, Order to Show Cause, and Other Relief;

    4. Order Granting Waiver of Notice and Denying Ex Parte Hearing;

    5. Memorandum of Support of Application to Serve by Alternative Means;



6. Memorandum of Support of Motion for TRO, Freeze, Order to Show Cause, and Other Relief;

7. Motion for TRO, Freeze Order, Order to Show Cause and Other Relief;

8. Notice of Filing Declarations;

9. Attachments A through I- which are Declarations of various parties;

10. Attachment to 03-07-07 LTR to M Paciorek;

11. 03-07-07 LTR to M Paciorek, Pinnacle Capital Markets;

12. Summons to Unknown Traders;

13. Summons to Parex Bank;

14. Complaint;

15. Application to Serve by Alternative Means;

16. Application for Waiver of Notice; and

17. Appendix to Memorandum in Support of TRO, Etc.

     3.     The Bank's employees sent an electronic confirmation of Parex's receipt of the documents described in paragraph 3 to Pinnacle on March 8, 2007, a copy of which is attached to Pinnacle's Declaration dated March 8, 2007.

     4.     On March 13, 2007, I forwarded hard copies of the documents described in paragraph 2 to Oleg Kopylov, Sergey Kovalev, Anna Gorelova, and Dmitriy Philin, the "Unknown Trader Defendants" in the transactions listed in the Commission's March 6, 2007 Complaint, at the last known address(es) for them:

Oleg Kopylov – Dobrovoltsev street 40, apartment 1, Saint Petersburg, Russia;

Dmitriy Philin – Odoevskogo street 24, apartment 23, Saint Petersburg, Russia;

Anna Gorelova – Odoevskogo street 28, apartment 2, Saint Petersburg, Russia;

Sergey Kovalev – Pridorozhaya street 5, apartment 90, Saint Petersburg, Russia via DHL Courier Service. Sergey Kovalev signed for the documents listed in paragraph 2 on March 19, 2007. Documents listed in paragraph 2 and delivered to address of Anna Gorelova received and signed receipts Kulebyakina on March 16, 2007. Dmitriy Philin and Oleg Kopylov did not receive the documents listed in paragraph 2 as DHL Courier Service was not able to deliver the documents to persons stated above.
Attached hereto as Exhibit 1, are copies of the cover letters and delivery information of the DHL Courier Service.

2

FROM :                          PHONE NO. :                    MAR. 21 2007 07:01PM P3

5.      On March 13, 2007, Parex received an electronic copy of the Plaintiff's Motion for Extension of Time of March 13, 2007, and forwarded a copy to the four named "Unknown Trader Defendants" at their last known addresses in Saint Petersburg, Russia, stated in paragraph 4, by DHL Courier Service. Sergey Kovalev signed for the documents on March 16, 2007. Anna Gorelova, Dmitriy Philin and Oleg Kopylov did not receive the documents as DHL Courier Service was not able to deliver the documents to persons stated above.

Attached hereto as Exhibit 2, are copies of the cover letters and delivery information of the DHL Courier Service.

6. On March 14, 2007, Parex received an electronic copy of the Courts Order of March 14, 2007, Extending the March 6, 2007 Order and forwarded a copy to the four named "Unknown Trader Defendants" at their last known addresses in Saint Petersburg, Russia, stated in paragraph 4, by DHL Courier Service. Sergey Kovalev signed for the documents on March 19, 2007. Anna Gorelova, Dmitriy Philin and Oleg Kopylov did not receive the documents as DHL Courier Service was not able to deliver the documents to persons stated above.

Attached hereto as Exhibit 3, are copies of the cover letters and delivery information of the DHL Courier Service.

7. On March 21, 2007 I discovered technical mistake made in the process of sending all documents stated in paragraph 2, 5 and 6 to Dmitriy Philin. The Bank's employees have sent the documents for Dmitriy Philin to nonexistent address as a result of mixing the street names. His last known address is Stachek prospect 24-23, but the Bank's employees sent the documents to Odoevskogo street 24-23. On March 21, 2007 I forwarded hard copies of the documents described in paragraph 2, 5 and 6 to Dmitriy Philin, at his last known address at Stachek prospect 24-23, Saint Petersburg, Russia by DHL Courier Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 21, 2007.

3

Janis Skrastins

Head of the Legal Department

JSC Parex Bank

4