

EXHIBIT









Smilsu iela 3
Riga, LV-1522, Latvija
PVN reg. nr. 40003074590
Talrunis: 7010000
Fakss: 7010001
e-mail: info@parex.lv
www.parex.lv
SWIFT: PARXLV22

Господину Олегу Копылову
Санкт-Петербург, ул. Добровольцев, д. 40, кв. 1

13 марта 2007 года.

В соответствии с Распоряжением суда дистрикта Колумбия (США, Вашингтон), направляем Вам судебные решения и материалы по гражданскому делу Комиссия по биржам и ценным бумагам США против Одного или более неустановленных ответчиков и дополнительного ответчика Парекс банка (Security and exchange comission v. One or more Unknown Defendants and Relief Defendant Parex Bank) в соответствии с прилагаемым списком.

Приложение:
1. Список прилагаемых документов и обозначенные в нем документы.

Советник президента
Л. Воронов

1. Civil Cover Sheet
2. Order Authorizing Alternative Means of Service
3. Order Freezing Assets, Granting Tro, Order to Show Cause, and Other Relief
4. Order Granting Waiver of Notice and Denying Ex Parte Hearing
5. Memorandum of Support of Application to Serve by Alternative Means
6. Memorandum of Support of Motion for Tro, Freeze, Order to Show Cause, and Other Relief
7. Motion for Tro, Freeze Order, Order to Show Cause and Other Relief
8. Notice of Filing Declarations
9. Attachments A through I- which are Declarations of various parties
10. Attachment to 03-07-07 LTR to M Paciorek
11. 03-07-07 LTR to M Paciorek, Pinnacle Capital Markets
12. Summons to Unknown Traders
13. Summons to Parex Bank
14. Complaint
15. Application to Serve by Alternative Means
16. Application for Waiver of Notice
17. Appendix to Memorandum in Support of Tro, ETC



Smilšu iela 3
Rīga, LV-1522, Latvija
PVN reg. nr. 40003074590
Tālrunis: 7010000
Fakss: 7010001
e-mail: info@parex.lv
www.parex.lv
SWIFT: PARXLV22

Господину Дмитрию Филину
Санкт-Петербург, ул Одоевского, д. 24 кв. 23

13 марта 2007 года.

В соответствии с Распоряжением суда дистрикта Колумбия (США, Вашингтон), направляем Вам судебные решения и материалы по гражданскому делу Комиссия по биржам и ценным бумагам США против Одного или более неустановленных ответчиков и дополнительного ответчика Парекс банка (Security and exchange comission v. One or more Unknown Defendants and Relief Defendant Parex Bank) в соответствии с прилагаемым списком.

Приложение:
1. Список прилагаемых документов и обозначенные в нем документы.

Советник президента
Л. Воронов

1. Civil Cover Sheet
2. Order Authorizing Alternative Means of Service
3. Order Freezing Assets, Granting Tro, Order to Show Cause, and Other Relief
4. Order Granting Waiver of Notice and Denying Ex Parte Hearing
5. Memorandum of Support of Application to Serve by Alternative Means
6. Memorandum of Support of Motion for Tro, Freeze, Order to Show Cause, and Other Relief
7. Motion for Tro, Freeze Order, Order to Show Cause and Other Relief
8. Notice of Filing Declarations
9. Attachments A through I- which are Declarations of various parties
10. Attachment to 03-07-07 LTR to M Paciorek
11. 03-07-07 LTR to M Paciorek, Pinnacle Capital Markets
12. Summons to Unknown Traders
13. Summons to Parex Bank
14. Complaint
15. Application to Serve by Alternative Means
16. Application for Waiver of Notice
17. Appendix to Memorandum in Support of Tro, ETC



Smilšu iela 3
Rīga, LV-1522, Latvija
PVN reģ. nr. 40003074590
Tālrunis: 7010000
Fakss: 7010001
e-mail: info@parex.lv
www.parex.lv
SWIFT: PARXLV22

Господину Сергею Ковалеву
Санкт-Петербург, ул Придорожная, д. 5 кв. 90

13 марта 2007 года.

В соответствии с Распоряжением суда дистрикта Колумбия (США, Вашингтон), направляем Вам судебные решения и материалы по гражданскому делу Комиссия по биржам и ценным бумагам США против Одного или более неустановленных ответчиков и дополнительного ответчика Парекс банка (Security and exchange comission v. One or more Unknown Defendants and Relief Defendant Parex Bank) в соответствии с прилагаемым списком.

Приложение:
1. Список прилагаемых документов и обозначенные в нем документы.

Советник президента
Л. Воронов

1. Civil Cover Sheet
2. Order Authorizing Alternative Means of Service
3. Order Freezing Assets, Granting Tro, Order to Show Cause, and Other Relief
4. Order Granting Waiver of Notice and Denying Ex Parte Hearing
5. Memorandum of Support of Application to Serve by Alternative Means
6. Memorandum of Support of Motion for Tro, Freeze, Order to Show Cause, and Other Relief
7. Motion for Tro, Freeze Order, Order to Show Cause and Other Relief
8. Notice of Filing Declarations
9. Attachments A through I - which are Declarations of various parties
10. Attachment to 03-07-07 LTR to M Paciorek
11. 03-07-07 LTR to M Paciorek, Pinnacle Capital Markets
12. Summons to Unknown Traders
13. Summons to Parex Bank
14. Complaint
15. Application to Serve by Alternative Means
16. Application for Waiver of Notice
17. Appendix to Memorandum in Support of Tro, ETC



Smilšu iela 3
Riga, LV-1522, Latvija
PVN reg. nr. 40003074590
Tālrunis: 7010000
Fakss: 7010001
e-mail: info@parex.lv
www.parex.lv
SWIFT: PARXLV22

Госпоже Анне Гореловой
Санкт-Петербург, ул Одоевского, д. 28 кв. 2

13 марта 2007 года.

В соответствии с Распоряжением суда дистрикта Колумбия (США, Вашингтон), направляем Вам судебные решения и материалы по гражданскому делу Комиссия по биржам и ценным бумагам США против Одного или более неустановленных ответчиков и дополнительного ответчика Парекс банка (Security and exchange comission v. One or more Unknown Defendants and Relief Defendant Parex Bank) в соответствии с прилагаемым списком.

Приложение:
1. Список прилагаемых документов и обозначенные в нем документы.

Советник президента
Л. Воронов

1. Civil Cover Sheet
2. Order Authorizing Alternative Means of Service
3. Order Freezing Assets, Granting Tro, Order to Show Cause, and Other Relief
4. Order Granting Waiver of Notice and Denying Ex Parte Hearing
5. Memorandum of Support of Application to Serve by Alternative Means
6. Memorandum of Support of Motion for Tro, Freeze, Order to Show Cause, and Other Relief
7. Motion for Tro, Freeze Order, Order to Show Cause and Other Relief
8. Notice of Filing Declarations
9. Attachments A through I- which are Declarations of various parties
10. Attachment to 03-07-07 LTR to M Paciorek
11. 03-07-07 LTR to M Paciorek, Pinnacle Capital Markets
12. Summons to Unknown Traders
13. Summons to Parex Bank
14. Complaint
15. Application to Serve by Alternative Means
16. Application for Waiver of Notice
17. Appendix to Memorandum in Support of Tro, ETC

Cont&

 

DHL USA Hom



**Track**

- **Track by number**
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

## Track results detail

### Tracking results detail for 4605151051

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 3/16/2007 12:36 pm |
| Delivered to | | |
| Signed for by | | KOVALEV    What is this? |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 3/16/2007 | 12:36 pm | Shipment delivered. | St. Petersburg, Russia V |
| | 1:42 am | Arrived at DHL facility. | St. Petersburg, Russia |
| 3/15/2007 | 4:05 pm | Depart Facility. | Moscow, Russia |
| 3/14/2007 | 6:11 pm | Departing origin. | Riga, Latvia |
| | 6:01 pm | Picked Up by DHL. | |

**Ship From:**
Riga, Latvia

**Ship To:**
St. Petersburg, Russia

**Shipment Information:**
Ship date: 3/14/2007
Pieces: 1
Total weight: 2 lbs *
Ship Type: Document
Shipment Reference:
Service: International E
Special Service:
Description:

Attention:     Attention:

Tracking detail provided by DHL: 3/21/2007, 7:32:43 am pt.

Track nev

## Log in to DHL

User ID [ ]
Password [ ]
☐ Remember my User ID

Log in ▶
▶ Forgot your Password?

**Register**
Registration is quick and free.
▶ Register now

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [ use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu weights may be different and will be provided on invoice.

### New to DHL?

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

### Questions?

We're here to help!
▶ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

Cont&

 

DHL USA Hom



**Track**

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service
▶ Monitor shipments

**Log in to DHL**

User ID
Password

☐ Remember my User ID

Log in ▶
▶ Forgot your Password?

**Register**
Registration is quick and free.
▶ Register now

# Track results detail

## Tracking results detail for 4605151014

**Tracking summary**

Current Status          ℃ Recipient refused delivery.

Get delivery

**Tracking history**

| Date and Time | | Status | Location |
|---|---|---|---|
| 3/21/2007 | 2:52 pm | Recipient refused delivery. | St. Petersburg, Russia |
|  | 8:10 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| 3/20/2007 | 8:11 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| 3/19/2007 | 7:58 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| 3/16/2007 | 4:51 pm | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
|  | 10:43 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
|  | 1:42 am | Arrived at DHL facility. | St. Petersburg, Russia |
| 3/15/2007 | 4:05 pm | Depart Facility. | Moscow, Russia |
| 3/14/2007 | 6:11 pm | Departing origin. | Riga, Latvia |
|  | 6:01 pm | Picked Up by DHL. |  |

**Ship From:**
Riga, Latvia

**Ship To:**
St. Petersburg, Russia

**Shipment Information:**
Ship date: 3/14/2007
Pieces: 1
Total weight: 3 lbs *
Ship Type: Document
Shipment Reference:
Service: International E
Special Service:
Description:

Attention:                Attention:

Tracking detail provided by DHL: 3/21/2007, 7:33:16 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to L use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

http://track.dhl-usa.com/TrackByNbr.asp?nav=Tracknbr                    3/21/2007

Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



**Track**

▶ **Track by number**
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service
▶ Monitor shipments

## Log in to DHL

User ID
Password
☐ Remember my User ID

Log in ▶

▶ Forgot your Password?

**Register**
Registration is quick and free.
▶ Register now

# Track results detail

## Tracking results detail for 4605151025

**Tracking summary**

| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 3/16/2007 10:28 am |
| Delivered to | | |
| Signed for by | | KULEBYAKINA    What is this? |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 3/16/2007 | 10:28 am | Shipment delivered. | St. Petersburg, Russia V |
| | 1:42 am | Arrived at DHL facility. | St. Petersburg, Russia |
| 3/15/2007 | 4:05 pm | Depart Facility. | Moscow, Russia |
| 3/14/2007 | 6:11 pm | Departing origin. | Riga, Latvia |
| | 6:00 pm | Picked Up by DHL. | |

**Ship From:**
Riga, Latvia

**Ship To:**
St. Petersburg, Russia

**Shipment Information:**
Ship date: 3/14/2007
Pieces: 1
Total weight: 3 lbs *
Ship Type: Document
Shipment Reference:
Service: International E
Special Service:
Description:

Attention:                  Attention:

Tracking detail provided by DHL: 3/21/2007, 7:33:58 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

Cont

DHL USA Hom



**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

**Log in to DHL**

User ID
Password
☐ Remember my User ID

Log in ▸
▸ Forgot your Password?

**Register**
Registration is quick and free.
▸ Register now

# Track results detail

Tracking results detail for 4605151036

**Tracking summary**

| Current Status | ℭ Recipient refused delivery. |

Get delivery

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 3/21/2007 | 2:53 pm | Recipient refused delivery. | St. Petersburg, Russia |
| | 8:16 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| 3/20/2007 | 8:16 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| 3/19/2007 | 8:01 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| 3/16/2007 | 4:54 pm | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| | 10:49 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| | 1:42 am | Arrived at DHL facility. | St. Petersburg, Russia |
| 3/15/2007 | 4:05 pm | Depart Facility. | Moscow, Russia |
| 3/14/2007 | 6:11 pm | Departing origin. | Riga, Latvia |
| | 6:02 pm | Picked Up by DHL. | |

**Ship From:**
Riga, Latvia

**Ship To:**
St. Petersburg, Russia

**Shipment Information:**
Ship date: 3/14/2007
Pieces: 1
Total weight: 3 lbs *
Ship Type: Document
Shipment Reference:
Service: International E
Special Service:
Description:

Attention:                      Attention:

Tracking detail provided by DHL: 3/21/2007, 7:34:25 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▸ Register Now

**Questions?**

We're here to help!
▸ Contact DHL

http://track.dhl-usa.com/TrackByNbr.asp?nav=Tracknbr                      3/21/2007