



EXHIBIT

Date: Friday, March 16, 2007, 4:33:56 PM From: +371 7010132 To: _Kontroles dala
Fax: 103161 0218 - Received - OK Page: 6/8 Peer CSID: +371 7010132

16. Mar. 2007 17:15 Advokatu Birojs "AB" No 6054 P. 6

**DHL EXPRESS**

Izsekojiet sūtījumu DHL interneta vietnē http://www.dhl.com
Shipment Air Waybill/Sūtījuma pavadzīme

614 3002 762

| ORIGIN / IZCELSME | DESTINATION CODE / GALAPUNKTS |
|---|---|
| RIX | LED |

**1 Payer account number and insurance details / Apmaksātāju kredītnūmura numurs un dati par apdrošināšanu**

Charge to / Apmaksā: ☒ Shipper / Sūtītājs ☐ Receiver / Saņēmējs ☐ 3rd party / Trešā puse ☐ Cash ☐ Cheque ☐ Credit card

Payer Account No.

Shipment Insurance/Sūtījuma apdrošināšana

**2 From (Shipper) / No kā (sūtītājs)**

Shipper's account number / Sūtītāja kredītkartes numurs: 335001260
Contact name / Kontaktpersona: Skrastiņš
Shipper's reference / Sūtītāja piezīmes: PL01ZK
Company name / Firmas nosaukums: PAREX BANKA
Address / Adrese: 3, SMILŠU STREET
RIGA
LATVIA
Postcode/Zip Code (required) / Pasta indekss (obligāti): LV 1522
Phone, Fax or E-mail (required) / Tālrunis, fakss vai e-pasts (obligāti): 371 7010132

**3 To (Receiver) / Kam (Saņēmējs)**

Company name / Firmas nosaukums: Господину Дмитрию Фили...
Delivery address / Piegādes adrese: (DHL cannot deliver to a PO Box / DHL nepiegādā uz pasta kastīti)
Санкт-Петербург
ул. Одоевского д. 24
кв. 23
Postcode/Zip Code (required) / Pasta indekss (obligāti): 199150
Country / Valsts: Россия
Contact person / Kontaktpersona:
Phone, Fax or E-mail (required) / Tālrunis, fakss vai e-pasts (obligāti):

**4 Shipment details / Ziņas par sūtījumu**

| Total number of packages / Kopējais gabalu skaits | Total Weight / Kopējais svars | Dimensions in cm / Izmēri cm |
|---|---|---|
| 1 | 0•5 kg | |

**5 Full description of contents / Pilns satura apraksts**

Give content and quantity / Norādiet saturu un daudzumu

BOX

**6 Dutiable shipments only (Customs Requirement)**

Shipper's VAT/GST number / Sūtītāja nodokļu maksātāja numurs
Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs
Harmonised Commodity Code if applicable / Harmonizētais preces kods
☐ Receiver / Saņēmējs ☐ Shipper / Sūtītājs ☐ Other / Cits

**7 Shipper's agreement (Signature required) / Vienošanās ar sūtītāju (paraksts ir obligāts)**

Signature/Paraksts: [signature] Date/Datums: 14.03.07

PT12/06/F19 LV KP

**8 Products & Services / Produkti un pakalpojumi**

DHL Express

DIMENSIONAL/CHARGEABLE WEIGHT
kg • gr

Charges / Samaksa: D
Other / Cits
Insurance / Apdrošināšana
VAT / PVN
CURRENCY/VALŪTA TOTAL/KOPĀ
TRANSPORT COLLECT STICKER No. / "TRANSPORT COLLECT" UZLĪMES Nr.
PAYMENT DETAILS (Cheque, Card No.)
No./Nr.:
Type/Tips:
Picked up by: R012
Time: 7:21 Date: 14.03.07

Sūtītāja kopija

Date: Friday, March 16, 2007 4:33:56 PM   To: Kontroles dala   From: +371 7010132   Fax: 1031610218 - Received - OK   Page: 7/8   Peer CSID: +371 7010132

16.Mar. 2007 17:15   Advokatu birojs 'AB'   No:6064   P. 7





Smilšu iela 3
Rīga, LV-1522, Latvija
PVN reģ. nr. 40003074590
Tālrunis: 7010000
Fakss: 7010001
e-mail: info@parex.lv
www.parex.lv
SWIFT: PARXLV22

Господину Сергею Ковалеву
Санкт-Петербург, ул.Придорожная, д.5 кв. 90

Nr. 2.7- 02/026

14 марта 2007 года.

В соответствии с Распоряжением суда дистрикта Колумбия (США, Вашингтон), направляем Вам судебные решения и материалы по гражданскому делу Комиссии по биржам и ценным бумагам США против Одного или более неустановленных ответчиков и дополнительного ответчика Парекс банка (Security and exchange comission v. One or more Unknown Defendants and Relief Defendant Parex Bank) в соответствии с прилагаемым списком.

Приложение:
1. Motion for extension of time.

Руководитель Юридического отдела

Я.Скрастиньш



Smilšu iela 3
Rīga, LV-1522, Latvija
PVN reģ. nr. 40003074590
Tālrunis: 7010000
Fakss: 7010001
e-mail: info@parex.lv
www.parex.lv
SWIFT: PARXLV22

Госпоже Анне Го[ръ]ковой
Санкт-Петербург, ул. О[жо]евского, д. 28 кв. 2
Nr. 2.7.-02/024

14 марта 2007 года.

В соответствии с Распоряжением суда дистрикта Колумбия (США, Вашингтон), направляем Вам судебные решения и материалы по гражданскому делу Комиссии по биржам и ценным бумагам США против Одного или более неустановленных ответчиков и дополнительного ответчика Парекс банка (Security and exchange comission v. One or more Unknown Defendants and Relief Defendant Parex Bank) в соответствии с прилагаемым описком.

Приложение:
   1. Motion for extension of time.

Руководитель Юридического отдела

Я.Скрастиньш



Smilšu iela 3
Rīga, LV-1522, Latvija
PVN reģ. nr. 40003074590
Tālrunis: 7010000
Fakss: 7010001
e-mail: info@parex.lv
www.parex.lv
SWIFT: PARXLV22

Господину Олегу Коньковy
Санкт-Петербург, ул. Добровольцев, д. 40 кв. 1

Nr. 2.7-02/024

14 марта 2007 года.

В соответствии с Распоряжением суда дистрикта Колумбия (США, Вашингтон), направляем Вам судебные решения и материалы по гражданскому делу Комиссия по биржам и ценным бумагам США против Одного или более неустановленных ответчиков и дополнительного ответчика Парекс банка (Security and exchange comission v. One or more Unknown Defendants and Relief Defendant Parex Bank) в соответствии с прилагаемым списком.

Приложение:
1. Motion for extension of time.

Руководитель Юридического отдела

Я.Скрастиньш



Smilšu iela 3
Rīga, LV-1522, Latvija
PVN reģ. nr. 40003074590
Tālrunis: 7010000
Fakss: 7010001
e-mail: info@parex.lv
www.parex.lv
SWIFT: PARXLV22

Господину Дмитрию Филину
Санкт-Петербург, ул Одоевского, д. 24 кв. 23

Nr. 2.7-02/024

14 марта 2007 года.

В соответствии с Распоряжением суда дистрикта Колумбия (США, Вашингтон), направляем Вам судебные решения и материалы по гражданскому делу Комиссии по биржам и ценным бумагам США против Одного или более неустановленных ответчиков и дополнительного ответчика Парекс банка (Security and exchange comission v. One or more Unknown Defendants and Relief Defendant Parex Bank) в соответствии с прилагаемым списком.

Приложение:
  1. Motion for extension of time.

Руководитель Юридического отдела

Я.Скрастиньш

Conta

    Ship | Track | Services | About DHL | Help

DHL USA Hom



**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

**Log in to DHL**

User ID: [ ]
Password: [ ]
☐ Remember my User ID

Log in ▶

- Forgot your Password?

**Register**
Registration is quick and free.
- Register now

# Track results detail

## Tracking results detail for 6143002762

**Tracking summary**

Current Status     ℂ **Recipient refused delivery.**

Get delivery

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 3/21/2007 | 2:53 pm | Recipient refused delivery. | St. Petersburg, Russia |
| | 8:10 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| 3/20/2007 | 8:09 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| 3/19/2007 | 7:58 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| 3/16/2007 | 4:52 pm | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| | 10:43 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| | 1:42 am | Arrived at DHL facility. | St. Petersburg, Russia |
| 3/15/2007 | 4:05 pm | Depart Facility. | Moscow, Russia |
| 3/14/2007 | 6:21 pm | Departing origin. | Riga, Latvia |
| | 5:51 pm | Picked Up by DHL. | |

**Ship From:**
Riga, Latvia

**Ship To:**
St. Petersburg, Russia

**Shipment Information:**
Ship date: 3/14/2007
Pieces: 1
Total weight: 1 lb *
Ship Type: Document
Shipment Reference: 2(
Service: International E
Special Service:
Description:

Attention:     Attention:

Tracking detail provided by DHL: 3/21/2007, 7:25:20 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

\* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
- Register Now

**Questions?**

We're here to help!
- Contact DHL

Cont:

  Ship | Track | Services | About DHL | Help

DHL USA Hom



**Track**

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service
▶ Monitor shipments

**Log in to DHL**

User ID
Password

☐ Remember my User ID

Log in ▶
▶ Forgot your Password?

**Register**
Registration is quick and free.
▶ Register now

# Track results detail

## Tracking results detail for 6143002751

**Tracking summary**

Current Status          C  **Recipient refused delivery.**

Get delivery

**Tracking history**

| Date and Time | | Status | Location |
|---|---|---|---|
| 3/21/2007 | 2:53 pm | Recipient refused delivery. | St. Petersburg, Russia |
| | 8:16 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| 3/20/2007 | 8:16 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| 3/19/2007 | 8:01 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| 3/16/2007 | 4:55 pm | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| | 10:43 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| | 1:42 am | Arrived at DHL facility. | St. Petersburg, Russia |
| 3/15/2007 | 4:05 pm | Depart Facility. | Moscow, Russia |
| 3/14/2007 | 6:21 pm | Departing origin. | Riga, Latvia |
| | 5:50 pm | Picked Up by DHL. | |

**Ship From:**
Riga, Latvia

**Ship To:**
St. Petersburg, Russia

**Shipment Information:**
Ship date: 3/14/2007
Pieces: 1
Total weight: 1 lb *
Ship Type: Document
Shipment Reference: 2(
Service: International E
Special Service:
Description:

Attention:          Attention:

Tracking detail provided by DHL: 3/21/2007, 7:24:45 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

Conta



DHL USA Hom



# Track results detail

## Tracking results detail for 6143002740

**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

### Tracking summary

| | |
|---|---|
| Current Status | ✓ Shipment delivered. |
| Delivered on | 3/16/2007  12:35 pm |
| Delivered to | |
| Signed for by | KOVALEV    What is this? |

## Log in to DHL

User ID  [          ]
Password [          ]
☐ Remember my User ID

Log in ▶
▶ Forgot your Password?

**Register**
Registration is quick and free.
▶ Register now

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 3/16/2007 | 12:35 pm | Shipment delivered. | St. Petersburg, Russia |
|  | 1:42 am | Arrived at DHL facility. | St. Petersburg, Russia |
| 3/15/2007 | 4:05 pm | Depart Facility. | Moscow, Russia |
| 3/14/2007 | 6:21 pm | Departing origin. | Riga, Latvia |
|  | 5:52 pm | Picked Up by DHL. | |

**Ship From:**
Riga, Latvia

**Ship To:**
St. Petersburg, Russia

**Shipment Information:**
Ship date: 3/14/2007
Pieces: 1
Total weight: 1 lb *
Ship Type: Document
Shipment Reference: 2(
Service: International E
Special Service:
Description:

Attention:

Attention:

Tracking detail provided by DHL: 3/21/2007, 7:26:15 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

Cont<




DHL USA Hom



**Track**

- **Track by number**
- **Track by reference**
- **Get delivery signature**
- **Track DHL Same Day service**
- **Monitor shipments**

## Track results detail

### Tracking results detail for 6143002736

**Tracking summary**

| | |
|---|---|
| Current Status | ✓ **Shipment delivered.** |
| Delivered on | 3/16/2007 10:28 am |
| Delivered to | |
| Signed for by | KULEBYAKINA   What is this? |

## Log in to DHL

User ID [          ]
Password [          ]
☐ Remember my User ID

Log in ▶
▶ Forgot your Password?

**Register**
Registration is quick and free.
▶ Register now

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 3/16/2007 | 10:28 am | Shipment delivered. | St. Petersburg, Russia |
| | 1:42 am | Arrived at DHL facility. | St. Petersburg, Russia |
| 3/15/2007 | 4:05 pm | Depart Facility. | Moscow, Russia |
| 3/14/2007 | 6:21 pm | Departing origin. | Riga, Latvia |
| | 5:52 pm | Picked Up by DHL. | |

**Ship From:**
Riga, Latvia

**Ship To:**
St. Petersburg, Russia

**Shipment Information:**
Ship date: 3/14/2007
Pieces: 1
Total weight: 1 lb *
Ship Type: Document
Shipment Reference: 2(
Service: International E
Special Service:
Description:

Attention:   Attention:

Tracking detail provided by DHL: 3/21/2007, 7:26:56 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.