

PARAGON TRANSACTION

DHL EXPRESS

460 5179 095

For more information see DHL Web Site, or call your local DHL office

2 From (Shipper) / No kā (sūtītājs)

Company name: DAREX BANKA

Address: SMILSHU STREET

RIGA

LATVIA

Postcode/Zip Code (required): LV-1522

Phone, Fax or E-mail (required): 371 7010185

3 To (Receiver) / Kam (Saņēmējs)

Санкт-Петербург

ул. Одоевского д. 24, кв. 23

Postcode/Zip Code (required): 199000

Country: Россия

4 Shipment details / Ziņas par sūtījumu

5 Full description of contents / Pilns satura apraksts

7 Shipper's agreement (Signature required)

8 Products & Services

DESTINATION CODE

ORIGIN

DHL kopija / Origin copy

EXHIBIT

16.Mar. 2007 17:12 Advokatu No.6054 P. 1

Fax: 103161021 8 - Received - OK Page: 1/8 Peer CSID: +371 7010132

Date: Friday, March 16, 2007, 4:33:56 PM From: +371 7010132 To: _Kontroles dala

[DHL airway bill, scanned upside down and faint. Key legible fields:]

PARAGON TRANSACTION - LV3pt0306AP

**1 Shipper** — Account No. 350046180
From (Shipper): FAREX BANKA, SMILSHU STREET, RIGA, LV-1522, Latvia
Phone: 70101B5

**3 To (Receiver):**
Timofeev Gleb Vitalyj
ul. Pugachevskaya, d. 95, kv. 90
Russia

Waybill / barcode: 4 6 0 5 1 7 9 1 0 6

Fax: 10316101218  Received - OK  Page: 2/8  Peer CSID: +371 7010132
Date: Friday, March 16, 2007, 4:33:56 PM  From: +371 7010132  To: Kontroles dala
16. Mar. 2007 17:13  Advokatu birojs "AB"  No.6064  P. 2

DHL EXPRESS

2 From (Shipper) / No kā (sūtītājs)

335001260

200175

LOREX BANKA

SMILSHU STREET

RIGA

LV-1522

371 7010135

3 To (Receiver) / Kam (Saņēmējs)

4 Shipment details / Ziņas par sūtījumu

460 5178 126

ORIGIN

DESTINATION CODE

5 Full description of contents / Pilns satura apraksts

DHL kopija / Origin copy

16.Mar. 2007 17:13 Advokatu birojs "AB" No.6054 P. 3

Fax: 103161018 - Received - OK Page: 3/8 Peer CSID: +371 7010132

Date: Friday, March 16, 2007, 4:33:56 PM From: +371 7010132 To: Kontroles daļa

Date: Friday, March 16, 2007, 4:33:56 PM From: +371 7010132 To: _Kontroles dala
Fax: 1031610218 - Received - OK Page: 4/8 Peer CSID: +371 7010132

16.Mar. 2007 17:14 Advokatu birojs "AB" No.6054 P. 4

**DHL** EXPRESS

http://www.dhl.com

EASYSHIP

Shipment Air Waybill / Sūtījuma pavadzīme

460 5179 110

ORIGIN / IZCELSME

DESTINATION CODE / GALAPUNKTS

**1 Payer account number and insurance details / Apmaksātāja konta numurs**

Charge to / Apmaksā: ☐ Shipper / Sūtītājs ☐ Receiver / Saņēmējs ☐ 3rd party / Trešā puse ☐ Cash ☐ Cheque ☐ Credit Card

Payer Account No.

Shipment Insurance / Sūtījuma apdrošināšana

4605179110

**2 From (Shipper) / No ka (sūtītājs)**

Shipper's account number / Sūtītāja klienta numurs: 335001260

Contact name / Kontaktpersona: *Skvastins*

Shipper's reference (up to 32 characters but only first 12 will be shown on invoice): 200175

Company name / Firmas nosaukums: PAREX BANKA

Address / Adrese: 3 SMILSHU STREET

RIGA,
LATVIA

Postcode/Zip Code (required) / Pasta indekss (obligāti): LV-1522

Phone, Fax or E-mail (required) / Tel., fakss vai e-pasts (obligāti): 371 7010185

**3 To (Receiver) / Kam (Saņēmējs)**

Company name / Firmas nosaukums: *Тесновой Анне Гореловой*

Delivery address / Piegādes adrese:
*Санкт-Петербург*
*ул. Одоевского*
*д. 28, кв. 2*

Postcode/Zip Code (required) / Pasta indekss (obligāti): *199000*

Country / Valsts: *Россия*

Contact person / Kontaktpersona

Phone, Fax or E-mail (required) / Tel., fakss vai e-pasts (obligāti)

**4 Shipment details / Ziņas par sūtījumu**

Total number of packages / Kopējais paku skaits | Total Weight / Kopējais svars | Dimensions in cm / Izmēri cm

**5 Full description of contents / Pilns satura apraksts**

Give content and quantity / Izdodiet saturu un skaitu

**6 Dutiable shipments only (Customs Requirement) / Tikai dutiable sūtījumi**

Shipper's VAT/GST number / Sūtītāja nodokļu maksātāja numurs | Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs | Harmonised Commodity Code if applicable

DOCUMENTS

☐ Receiver / Saņēmējs ☐ Shipper / Sūtītājs ☐ Other / Cits

**7 Shipper's agreement (Signature required) / Vienošanās ar sūtītāju (parakstīt obligāti)**

Signature / Paraksts: *[signature]* Date / Datums: *16.03.07*

PT0906 F19 LVMP

**8 Products & Services / Produkti un pakalpojumi**

DHL Express | Deutsche Post Global Mail

Dimensional / Chargeable Weight

Charges / Services

Other / Cits

Insurance / Apdrošināšana

VAT / PVN

Currency / Valūta | Total / Kopā

TRANSPORT COLLECT STICKER No. / "TRANSPORT COLLECT" UZLĪMES Nr.

PAYMENT DETAILS (Cheque, Card No.)

Picked up by / Paņēma

Route No.

Time | Date / Datums

DHL kopija / Origin copy

PARAGON TRANSACTION - LV3H0308AP

Smilšu iela 3
Rīga, LV-1522, Latvija
PVN reģ. nr. 40003074590
Tālrunis: 7010000
Fakss: 7010001
e-mail: info@parex.lv
www.parex.lv
SWIFT: PARXLV22

Рига

16 марта 2007 года
№2.7.-02/626

Госпоже Анне Горяновой
Санкт-Петербург, ул. Одоевского, д.28 кв.2

В соответствии с Распоряжением суда дистрикта Колумбия (США, Вашингтон), направляем Вам судебные решения и материалы по гражданскому делу Комиссия по биржам и ценным бумагам США против Одного или более неустановленных ответчиков и дополнительного ответчика Парекс банка (Security and exchange comission v. One or more Unknown Defendants and Relief Defendant Parex Bank) в соответствии с прилагаемым списком.

Приложение:

1. Granting the Plaintiff's Motion to Extend March 6, 2007 Temporary Restraining Order, Order Freezing Assets and Granting Other Ancillary Relief.

Советник президента
Л. Воронов

Smilšu iela 3
Rīga, LV-1522, Latvija
PVN reģ. nr. 40003074590
Tālrunis: 7010000
Fakss: 7010001
e-mail: info@parex.lv
www.parex.lv
SWIFT: PARXLV22

Рига

16 марта 2007 года.
№ 2.7.-02/026

Господину Олегу Копылову
Санкт-Петербург, ул Добровольцев, д.40 кв.1

В соответствии с Распоряжением суда дистрикта Колумбия (США, Вашингтон), направляем Вам судебные решения и материалы по гражданскому делу Комиссия по биржам и ценным бумагам США против Одного или более неустановленных ответчиков и дополнительного ответчика Парекс банка (Security and exchange comission v. One or more Unknown Defendants and Relief Defendant Parex Bank) в соответствии с прилагаемым списком.

Приложение:
1. Granting the Plaintiff's Motion to Extend March 6, 2007 Temporary Restraining Order, Order Freezing Assets and Granting Other Ancillary Relief.

Советник президента
Л. Воронов

Smilšu iela 3
Rīga, LV-1522, Latvija
PVN reģ. nr. 40003074590
Tālrunis: 7010000
Fakss: 7010001
e-mail: info@parex.lv
www.parex.lv
SWIFT: PARXLV22

Рига

16 марта 2007 года.
№ 1.7-02/026

Господину Сергею Ковалеву
Санкт-Петербург, ул Придорожная, д.5 кв. 90

В соответствии с Распоряжением суда дистрикта Колумбия (США, Вашингтон), направляем Вам судебные решения и материалы по гражданскому делу Комиссия по биржам и ценным бумагам США против Одного или более неустановленных ответчиков и дополнительного ответчика Парекс банка (Security and exchange comission v. One or more Unknown Defendants and Relief Defendant Parex Bank) в соответствии с прилагаемым списком.

Приложение:

1. Granting the Plaintiff's Motion to Extend March 6, 2007 Temporary Restraining Order, Order Freezing Assets and Granting Other Ancillary Relief.

Советник президента
Л. Воронов



Smilšu iela 3
Rīga, LV-1522, Latvija
PVN reģ. nr. 40003074590
Tālrunis: 7010000
Fakss: 7010001
e-mail: info@parex.lv
www.parex.lv
SWIFT: PARXLV22

Рига

16 марта 2007 года.
№ 2.7-02/026

Господину Дмитрию Филину
Санкт-Петербург, ул Одоевского, д. 24 кв. 23

В соответствии с Распоряжением суда дистрикта Колумбия (США, Вашингтон), направляем Вам судебные решения и материалы по гражданскому делу Комиссия по биржам и ценным бумагам США против Одного или более неустановленных ответчиков и дополнительного ответчика Парекс банка (Security and exchange comission v. One or more Unknown Defendants and Relief Defendant Parex Bank) в соответствии с прилагаемым списком.

Приложение:
1. Granting the Plaintiff's Motion to Extend March 6, 2007 Temporary Restraining Order, Order Freezing Assets and Granting Other Ancillary Relief.

Советник президента
Л. Воронов

Conta

DHL USA Hom

# Track results detail

## Tracking results detail for 4605179095

**Tracking summary**

Current Status **Recipient refused delivery.**

**Get delivery**

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 3/21/2007 | 2:53 pm | Recipient refused delivery. | St. Petersburg, Russia |
| | 8:10 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| 3/20/2007 | 8:13 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| 3/19/2007 | 10:01 pm | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| | 11:53 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| | 2:00 am | Arrived at DHL facility. | St. Petersburg, Russia |
| 3/18/2007 | 1:54 pm | Depart Facility. | Moscow, Russia |
| 3/17/2007 | 12:38 pm | Depart Facility. | Moscow, Russia |
| | 11:06 am | Arrived at DHL facility. | Moscow, Russia |
| | 4:15 am | Depart Facility. | Brussels, Belgium |
| 3/16/2007 | 5:46 pm | Departing origin. | Riga, Latvia |
| | 5:39 pm | Picked Up by DHL. | |

**Ship From:**
Riga, Latvia

Attention:

**Ship To:**
St. Petersburg, Russia

Attention:

**Shipment Information:**
Ship date: 3/16/2007
Pieces: 1
Total weight: 1 lb *
Ship Type: Document
Shipment Reference: 2(
Service: International E
Special Service:
Description:

Tracking detail provided by DHL: 3/21/2007, 7:17:50 am pt.

**Track nev**

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D use of DHL tracking systems and information is strictly prohibited.

*** Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.

**Questions?**

We're here to help!
- Contact DHL

**Track**

- **Track by number**
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

**Log in**

- Forgot your Password?

**Register**
Registration is quick and free.
- Register now

Conta

DHL USA Hom

# Track results detail

## Tracking results detail for 4605179106

**Tracking summary**

| | |
|---|---|
| Current Status | ✓ **Shipment delivered.** |
| Delivered on | 3/19/2007 1:27 pm |
| Delivered to | |
| Signed for by | **KOVALEVA** What is this? |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 3/19/2007 | 1:27 pm | Shipment delivered. | St. Petersburg, Russia \ |
| | 2:00 am | Arrived at DHL facility. | St. Petersburg, Russia |
| 3/18/2007 | 1:54 pm | Depart Facility. | Moscow, Russia |
| 3/17/2007 | 12:38 pm | Depart Facility. | Moscow, Russia |
| | 11:06 am | Arrived at DHL facility. | Moscow, Russia |
| | 4:15 am | Depart Facility. | Brussels, Belgium |
| 3/16/2007 | 5:46 pm | Departing origin. | Riga, Latvia |
| | 5:40 pm | Picked Up by DHL. | |

**Ship From:**
Riga, Latvia

Attention:

**Ship To:**
St. Petersburg, Russia

Attention:

**Shipment Information:**
Ship date: 3/16/2007
Pieces: 1
Total weight: 1 lb *
Ship Type: Document
Shipment Reference: 2(
Service: International E
Special Service:
Description:

Tracking detail provided by DHL: 3/21/2007, 7:21:12 am pt.

**Track nev**

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [ use of DHL tracking systems and information is strictly prohibited.

*** Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Act weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
- Register Now

**Questions?**

We're here to help!
- Contact DHL

**Track**

- **Track by number**
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

**Log in**

- Forgot your Password?

**Register**
Registration is quick and free.
- Register now

Conta

DHL USA Hom

**Tracking Numbers could not be displayed. Please see specific errors below.**

**Track**

- **Track by number**
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

# Track results summary

## Tracking results summary...

**Tracking Number** 4605178126

**Please contact customer service for further assistance.**

## Log in to DHL

User ID

Password

Remember my User ID

**Log in**

- Forgot your Password?

**Register**
Registration is quick and free.
- Register now

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [ use of DHL tracking systems and information is strictly prohibited.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
- Register Now

**Questions?**

We're here to help!
- Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy

Copyright © 2007 DHL International, Ltd. All Rights Reserved.

Conta

DHL USA Hom

**Track**

- **Track by number**
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

**Log in**

- Forgot your Password?

**Register**
Registration is quick and free.
- Register now

# Track results detail

## Tracking results detail for 4605179110

**Tracking summary**

Current Status **Delivery Attempted.**

**Get delivery**

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 3/21/2007 | 8:10 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| 3/20/2007 | 8:13 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| 3/19/2007 | 10:01 pm | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| | 11:54 am | Delivery Attempted. Please Call 1-888-273-8876. | St. Petersburg, Russia |
| | 2:00 am | Arrived at DHL facility. | St. Petersburg, Russia |
| 3/18/2007 | 1:54 pm | Depart Facility. | Moscow, Russia |
| 3/17/2007 | 12:38 pm | Depart Facility. | Moscow, Russia |
| | 11:06 am | Arrived at DHL facility. | Moscow, Russia |
| | 4:15 am | Depart Facility. | Brussels, Belgium |
| 3/16/2007 | 5:46 pm | Departing origin. | Riga, Latvia |
| | 5:28 pm | Picked Up by DHL. | |

**Ship From:**
Riga, Latvia

Attention:

**Ship To:**
St. Petersburg, Russia

Attention:

**Shipment Information:**
Ship date: 3/16/2007
Pieces: 1
Total weight: 1 lb *
Ship Type: Document
Shipment Reference: 2(
Service: International E
Special Service:
Description:

Tracking detail provided by DHL: 3/21/2007, 7:24:06 am pt.

**Track nev**

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
- Register Now

**Questions?**

We're here to help!
- Contact DHL