## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | | |
| | : | | |
| Plaintiff, | : | | |
| | : | | |
| v. | : | Civil Action No.: | 07-0431 (RMU) |
| | : | | |
| ONE OR MORE UNKNOWN TRADERS IN THE COMMON STOCK OF CERTAIN ISSUERS, | : | Document No.: | 31 |
| | : | | |
| Defendants, and | : | | |
| | : | | |
| JSC PAREX BANK, | : | | |
| | : | | |
| Relief Defendant. | : | | |

# ORDER

### GRANTING THE PLAINTIFF'S MOTION TO DISMISS THE RELIEF DEFENDANT'S CROSS-CLAIMS

For the reasons stated in this court's memorandum opinion separately and contemporaneously issued this 14th day of January 2008, is hereby

**ORDERED** that the plaintiff's motion to dismiss the relief defendant's cross-claims is **GRANTED**.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge