IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, DC 20549,<br><br>        Plaintiff,<br><br>        v.<br><br>ONE OR MORE UNKNOWN TRADERS IN<br>THE COMMON STOCK OF CERTAIN ISSUERS,<br>ALSO KNOWN AS ("AKA")<br>ANNA GORELOVA, OLEG KOPYLOV,<br>SERGEY KOVALEV, AND DEMITY PHILIN<br>        Defendants,<br>      and<br><br>JSC PAREX BANK,<br><br>        Relief Defendant. | Civil No. 07-CV-0431 |

PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S APPLICATION FOR
ISSUANCE OF CLERK'S CERTIFICATE OF DEFAULT

       Plaintiff Securities and Exchange Commission ("Commission"), pursuant to Rule 55(a), Fed. R. Civ. P., hereby applies for the issuance of the Clerk's Certificate of Default against Defendants Anna Gorelova, Oleg Kopylov, Sergey Kovalev, and Demitry Philin.

2

The Clerk of the Court is respectfully referred to the Declaration of Kenneth J. Guido filed herewith for the reasons why this Application should be granted.

Respectfully submitted,

DATED: July 30, 2008

                                                                   _____
Kenneth Guido, Trial Counsel

John Reed Stark
Thomas A. Sporkin
N. Blair Vietmeyer
Sarit Klein
David Smyth
Attorneys for Plaintiff
U.S. SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549
(202) 551-4480 (Guido)
(202) 772-9245 (Fax)
Email: guidok@sec.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, DC 20549,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE OR MORE UNKNOWN TRADERS IN<br>THE COMMON STOCK OF CERTAIN ISSUERS,<br>ALSO KNOWN AS ("AKA")<br>ANNA GORELOVA, OLEG KOPYLOV,<br>SERGEY KOVALEV, AND DEMITY PHILIN<br>    Defendants,<br>    and<br><br>JSC PAREX BANK,<br><br>    Relief Defendant. | Civil No. 07-CV-0431 |

DECLARATION OF KENNETH J. GUIDO IN SUPPORT OF PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION'S APPLICATION FOR ISSUANCE
OF CLERK'S CERTIFICATE OF DEFAULT

  Kenneth J. Guido, pursuant to 28 U.S.C. § 1746, declares as follows:

  1.  I am an attorney and a member in good standing of the bar of the District of Columbia. I am an Assistant Chief Counsel in the Enforcement Division of the United States Securities and Exchange Commission (the "Commission"), plaintiff in this matter. I make this declaration in support of the Commission's Application for the Issuance of the Clerk's Certificate of Default:

(1)     This action commenced on March 6, 2007, with the filing of the Complaint by the Commission.  (Docket No 1).

(2)     On March 6, 2007, the Court granted the Commission's Motion to Serve the Defendants by Alternative Means on the Defendants through Relief Defendant JSC Parex Bank ("Parex")and through the United States broker dealer, Pinnacle Capital Markets.  (Docket No. 6).

(3)     The Commission served Relief Defendant Parex with copies of the Summons and Complaint in a manner prescribed in the Order of March 6, 2007, by sending copies of the service documents by electronic mail and Federal Express to Michael A. Paciorek, the President of Pinnacle Capital Markets.  See Exhibit A filed with the Commission motion of March 13, 2007, Docket No.15.

(4)     On March 7, 2007, Michael Paciorek, in compliance with the Order of March 6, 2007, forwarded the Summons and Complaint to Relief Defendant Parex by electronic mail and Federal Express with instructions to serve them on the Defendants in the manner prescribed in the Court's Order of March 6, 2007.  See Exhibit B and Declaration of Michael A. Paciorek filed with the Commission's Motion of March 13, 2007, Docket No. 15.

(5)     Relief Defendant Parex identified the Defendants as Anna Gorelova, Oleg Kopylov, Sergey Kovalev, and Demity Philin and certified that it served them with the Summons and Complaint in the manner prescribed in the Court's Order of March 6, 2007.  See Exhibits E and H filed with the Commission's Memorandum of March 21, 2007, Docket No. 21.

(7) On March 23, 2007, the Court issued an order granting the Commission's unopposed motion for a preliminary injunction against the Defendants. In its order the Court concluded that it has jurisdiction of this action, person jurisdiction, and that service of process has been accomplished in accordance with the Order of March 6, 2007. Docket No. 28, p.2.

(6) As the docket entries in this action indicate, Defendants Anna Gorelova, Oleg Kopylov, Sergey Kovalev, and Demity Philin have not filed an answer or otherwise moved with respect to the complaint herein.

I declare under penalty of perjury that the above statements are true and correct. Executed on July 30, 2008.

                                            ___/s/_____
                                            Kenneth J. Guido

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street, N.E.<br>Washington, DC 20549,<br><br>        Plaintiff,<br><br>        v.<br><br>ONE OR MORE UNKNOWN TRADERS IN<br>THE COMMON STOCK OF CERTAIN ISSUERS,<br>ALSO KNOWN AS ("AKA")<br>ANNA GORELOVA, OLEG KOPYLOV,<br>SERGEY KOVALEV, AND DEMITRY PHILIN<br>        Defendants,<br>    and<br><br>JSC PAREX BANK,<br><br>        Relief Defendant. | Civil No. 07-CV-0431<br>(RMU) |

**[PROPOSED] CLERK'S CERTIFICATE NOTING THE DEFAULT OF DEFENDANTS ANNA GORELOVA, OREG KOPYLOV, SERGEY KOVALEV, AND DEMITRY PHILINS**

I, _____, Clerk of the United States District Court for the District of Columbia, do hereby certify as follows:

(1)    This action commenced on March 6, 2007, with the filing of the Complaint by the Commission. (Docket No 1).

(2)    On March 6, 2007, the Court granted the Commission's Motion to Serve the Defendants by Alternative Means on the Defendants through Relief Defendant JSC Parex Bank ("Parex") and through the United States broker dealer, Pinnacle Capital Markets. (Docket No. 6).

(3)     The Commission served Relief Defendant Parex with copies of the Summons and Complaint in a manner prescribed in the Order of March 6, 2007, by sending copies of the service documents by electronic mail and Federal Express to Michael A. Paciorek, the President of Pinnacle Capital Markets.  See Exhibit A filed with the Commission motion of March 13, 2007, Docket No.15.

(4)     On March 7, 2007, Michael Paciorek, in compliance with the Order of March 6, 2007, forwarded the Summons and Complaint to Relief Defendant Parex by electronic mail and Federal Express with instructions to serve them on the Defendants in the manner prescribed in the Court's Order of March 6, 2007.  See Exhibit B filed with the Commission's Motion of March 13, 2007, Docket No. 15.

(5)     Relief Defendant Parex has identified the Defendants as Anna Gorelova, Oleg Kopylov, Sergey Kovalev, and Demity Philin and certified that it served them with the Summons and Complaint in the manner prescribed in the Court's Order of March 6, 2007.  See Exhibits E and H filed with the Commission's Memorandum of March 21, 2007, Docket No. 21.

(7)     On March 23, 2007, the Court issued an order granting the Commission's unopposed motion for a preliminary injunction against the Defendants.  In its order the Court concluded that it has jurisdiction of this action, person jurisdiction, and that service of process has been accomplished in accordance with the Order of March 6, 2007. Docket No. 28, p.2.

I further certify that the docket entries in this action indicate that Defendants Anna Gorelova, Oleg Kopylov, Sergey Kovalev, and Demity Philin have not filed an answer or otherwise moved with respect to the complaint herein.

The defaults of Defendants Anna Gorelova, Oleg Kopylov, Sergey Kovalev, and Demity Philin is hereby noted.

DATED: _____, 2008.

_____

Clerk of the Court

By: _____

Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION : : : Plaintiff, : : vs. : : ONE OR MORE UNKNOWN TRADERS : IN THE COMMON STOCK OF CERTAIN : ISSUERS aka ANNA GORELOVA, OLEG KOPPYLOV, : SERGEY KOVALEV AND DEMITRIY PHILIN, : : Defendants, : : and : : JSC PAREX BANK, : : : Relief Defendant. : | Civil No.07-cv-0431 (RMU) |

**CERTIFICATE OF SERVICE**

I certify that on July 30, 2008, the foregoing Plaintiff Securities and Exchange Commission's Application for Issuance of Clerk's Certificate of Default, Declaration in Support thereof, and [Proposed] Certificate of Default will be delivered by electronic mail to Joe Aronica and Paul W. Verner, counsel for Relief Defendant JSC Parex Bank, and that the Relief Defendants and Defendants have been served by first class mail postage prepaid at the physical addresses listed below and the Defendants have also bee served by electronic mail to the e-mail addresses listed below:

Joe Aronica
Duane Morris LLP
Suite 700, 1667 K Street, N.W.
Washington, DC 20006

Paul W. Verner
Verner Simon, P.C.
Suite 2211, 67 Wall Street
New York, NY 10005

Counsel for Relief Defendant JSC Parex

Anna Gorelova, Odoevskogo Street 28, Apartment 2, Saint Petersburg, Russia
anna_kamilla@mail.ru
Defendant

Oleg Kopylov, Dobrovoltseve Street 40, Apartment 1, Saint Petersburg, Russia
OLEK_KOPILOV@INBOX.RU
Defendant

Sergey Kovalev, Pridoroznaya Street 5, Apartment 90, Saint Petersburg, Russia
sergjkovalev@inbox.ru
Defendant

Dmitriy Philin, Stachek Prospect 24-23, Saint Petersburg, Russia
DPHILIN@LISN.RU
Defendant

                                             /s/ Kenneth J. Guido
                                             Kenneth J. Guido