IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SECURITIES AND EXCHANGE COMMISSION,
100 F Street, N.E.
Washington, DC 20549,

      Plaintiff,

v.                                                                              Civil No. 07-CV-0431
                                                     (RMU)

ONE OR MORE UNKNOWN TRADERS IN
THE COMMON STOCK OF CERTAIN ISSUERS,
ALSO KNOWN AS ("AKA")
ANNA GORELOVA, OLEG KOPYLOV,
SERGEY KOVALEV, AND DEMITRY PHILIN
      Defendants,
    and

JSC PAREX BANK,

      Relief Defendant.

---

**MILITARY AFFIDAVIT**
(Declaration in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

Kenneth J. Guido, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the duly authorized agent of the plaintiff in the above-listed case and make this declaration on behalf of plaintiff Securities and Exchange Commission ("Commission") pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960.

2. I have caused a careful investigation to be made to ascertain whether or not any of the above-named defendants Anna Gorelova, Oleg Kopylov Sergey Kovalev, and Demitry Philin ("defendants") are in the military service of the United States or its Allies and that, as a result of said investigation, I have discovered and do hereby state that said defendants are not in the military service of the United States or its Allies, that is to say none of said defendants are a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and are not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendants are not on active duty with any branches aforesaid, nor are said defendants under training or education under the supervision of the United States preliminary to induction into the military services; and the defendants are not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor have any of said defendants been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor are any of the defendants a member of the Enlisted Reserve Corps ordered to report for military service, but are residents of the country of Russia and their employment status is unknown.

I declare under penalty of perjury that the above statements are true and correct.

Date: August 1, 2008

\_\_\_\_/s/_____
Kenneth J. Guido

Attorney for Plaintiff
Securities and Exchange Commission
100 F Street N.E.
Washington, DC 20549
(202) 551-4480 (direct) (Guido)
(202) 772-9245 (fax)
guidok@sec.gov

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION : <br> : <br> Plaintiff,  : <br> : <br> vs.  : <br> : <br> ONE OR MORE UNKNOWN TRADERS : <br> IN THE COMMON STOCK OF CERTAIN : <br> ISSUERS aka ANNA GORELOVA, OLEG KOPPYLOV, : <br> SERGEY KOVALEV AND DEMITRIY PHILIN, : <br> : <br> Defendants,  : <br> : <br> and  : <br> : <br> JSC PAREX BANK,  : <br> : <br> Relief Defendant.  : | Civil No.07-cv-0431 <br> (RMU) |

**CERTIFICATE OF SERVICE**

I certify that on August 1, 2008, the foregoing Plaintiff Securities and Exchange Commission's Military Affidavit will be delivered by electronic mail to Joe Aronica and Paul W. Verner, counsel for Relief Defendant JSC Parex Bank, and that the Relief Defendants and Defendants have been served by first class mail postage prepaid at the physical addresses listed below and the Defendants have also been served by electronic mail to the e-mail addresses listed below:

Joe Aronica
Duane Morris LLP
Suite 700, 1667 K Street, N.W.
Washington, DC 20006

Paul W. Verner
Verner Simon, P.C.
Suite 2211, 67 Wall Street
New York, NY 10005

Counsel for Relief Defendant JSC Parex

Anna Gorelova, Odoevskogo Street 28, Apartment 2, Saint Petersburg, Russia
anna_kamilla@mail.ru
Defendant

Oleg Kopylov, Dobrovoltseve Street 40, Apartment 1, Saint Petersburg, Russia
OLEK_KOPILOV@INBOX.RU
Defendant

Sergey Kovalev, Pridoroznaya Street 5, Apartment 90, Saint Petersburg, Russia
sergjkovalev@inbox.ru
Defendant

Dmitriy Philin, Stachek Prospect 24-23, Saint Petersburg, Russia
DPHILIN@LISN.RU
Defendant

/s/ Kenneth J. Guido
Kenneth J. Guido