Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff(s)

V.

ONE OR MORE UNKNOWN TRADERS IN THE COMMON STOCK OF CERTAIN ISSUERS, AKA ANNA GORELOVA, OLEG KOPYLOV, SERGEY KOVALEV, AND DEMITRY PHILIN

    Defendant(s)

Civil Action No. 07-431 (RMU)

RE: ANNA GORELOVA; OLEG KOPYLOV; SERGEY KOVALEV; DEMITRY PHILIN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on March 21, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 4th day of August, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____ N. Wilkens _____
Deputy Clerk